FILED
DISTRICT CLERK OF
JEFFERSON CO TEXAS
12/22/2022 1:43 PM
JAMIE SMITH
DISTRICT CLERK
E-210945

CAUSE NO._____

| | | |
|---|---|---|
| BRENT COON | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | _____ JUDICIAL DISTRICT |
| | § | |
| QBE SPECIALTY INSURANCE | § | |
| COMPANY; QBE HOLDINGS, INC., | § | |
| ORCHID UNDERWRITERS AGENCY, | § | |
| LLC | § | |
| Defendants, | § | OF JEFFERSON COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION & JURY DEMAND

**COMES NOW**, Plaintiff, BRENT COON and files this Original Petition and Jury Demand, and respectfully shows the Court the following:

### I. PARTIES

1.    Plaintiff, **BRENT COON**, whose address is 7550 Shadow Creek Dr., Beaumont, Jefferson County, Texas. Mr. Coon's last three numbers of his social security numbers are 378. The last three numbers of Mr. Coon's driver's license are 830.

2.    Defendant, **QBE SPECIALTY INSURANCE COMPANY** may be served pursuant to the Texas Insurance Code Chapter 804, through the Agent of Service, Commissioner of Insurance, Texas Department of Insurance, 1601 Congress Avenue, Austin, Texas 78701.

3.    Defendant, **QBE HOLDINGS, INC.** may be served pursuant to the Texas Insurance Code Chapter 804, through the Agent of Service, Commissioner of Insurance, Texas Department of Insurance, 1601 Congress Avenue, Austin, Texas 78701.

4.    Defendant, **ORCHID UNDERWRITERS AGENCY, LLC.** This Defendant may be served through their registered agent, Corporation Service Company, d/b/a CSC-Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620 Austin, TX 78701.

APPENDIX 010

## II. JURISDICTION AND VENUE

5.      Venue of this matter is property before this Court pursuant to the provisions §15.032 of the Texas Civil Practices and Remedies Code in that all or part of the events or omissions giving rise to this claim occurred in Harris County, Texas.

6.      Pursuant to Rule 47c (1) of the Texas Rules of Civil Procedure the damages sought are within the jurisdictional limits of this Court and includes monetary relief under $250,000 or less plus any other relief to which they may show themselves to be entitled.

## III. DISCOVERY CONTROL PLAN

7.      Plaintiff intends for discovery to be conducted under Level 1 of Rule 190 of the Texas Rules of Civil Procedure. This case stems from an insurance dispute arising out of Hurricane Delta which damaged Plaintiff's property in Beaumont, Jefferson County, Texas on or about October 9, 2020. This case involves complex legal issues such as an interpretation of the insurance policy and application of the Texas Insurance Code and will require extensive discovery on the various matters at issue such as the insurer's claims-handling practices, and the systematic approach of QBE SPECIALITY INSURANCE COMPANY, QBE HOLDINGS and ORCHID UNDERWRITERS' AGENCY, LLC ("DEFENDANTS") and their adjusters in handling catastrophic storm issuers like those with Delta. Plaintiff, therefore, respectfully asks the Court to order that discovery be conducted in accordance with a discovery control plan tailored to the particular circumstances of this suit

## IV. FACTS

8.      On or about October 9, 2020, BRENT COON sustained losses at 7550 Shadow Creek Drive, Beaumont, Jefferson County, Texas due to Hurricane Delta.  At the time, BRENT COON was insured by QBE SPECIALITY INSURANCE COMPANY, Policy No.:  QUA1007111800. The date of loss was noted to be October 9, 2020.

APPENDIX 011

9.     The Surplus Lines Agent for the policy was Orchid Underwriters Agency, LLC.    Upon information and belief, QBE SPECIALITY INSURANCE COMPANY is believed to be a division of QBE HOLDINGS,

10.    A loss was reported to QBC Specialty Insurance Company including damage to the roof, the interior, and to other structures on the property. QBC Specialty Insurance Company issued a claim number 780153N.  Madsen, Kneppers & Associates, Inc. was assigned to inspect the property.  The property ultimately was inspected by a field adjuster.  An inspection was conducted on or about November 20, 2020.

11.    On December 30, 2020, check number 00127627 was issued in the amount of $24,530.57 to the Plaintiff.  This amount was based on an estimated loss of $72,780.57 less a deductible of $48,250.00.  This amount represents an underpayment of the claim because significant amounts of damages from the storm were not included in the total damage amount.   See Exhibit A, Loss Solutions Report. Additionally, it appears that the amount of the deductible actually subtracted from this claim is more than the deductible in the policy.

12.    Plaintiff sent a demand letter on November 16, 2022, along with an Estimate provided by Loss Solutions, that outlined the necessary repair, scope, and reasonable pricing associated with the damages sustained to the exterior roofing from the Hurricane Delta. weather event.

13.    At all times relevant, Plaintiff was and is entitled to benefits under their QBE SPECIALITY INSURANCE COMPANY as it specifically covered Plaintiff's dwelling, other structures, and personal property for damages caused by covered perils, including hurricanes like Delta, windstorms, and hail. Further, the Policy provided by QBE SPECIALITY INSURANCE COMPANY would pay the replacement cost value ("RCV") to repair and/or replace the damages caused by a covered peril.

14.    QBE SPECIALITY INSURANCE COMPANY undervalued and underestimated Plaintiff's

APPENDIX 012

covered damages. Their defective investigation did not even meet the minimum standards of performance pursuant to industry standards, or Sections 21.203 and 21.205 of the Texas Administrative Code, applicable law, or otherwise. TEX. ADMIN. CODE: 21.203, 21.205. The inadequacy of QBE SPECIALITY INSURANCE COMPANY inspection is evidenced by the fact that they did not include the full extent of Plaintiff's roof and other damages.

15.    The Policy between Plaintiff and QBE SPECIALITY INSURANCE COMPANY covered the damages to Plaintiff's Property caused by Delta; therefore, Plaintiff is entitled to receive all Policy benefits. There is no question that QBE SPECIALITY INSURANCE COMPANY accepted coverage minimally as to the roof as well as other items that were undervalued, Lloyd's London undervalued the majority of damaged items, as well as denying others without merit. As a result, resolution of Plaintiff's claim was delayed by the deficient and improper claims handling by QBE SPECIALITY INSURANCE COMPANY.

16.    By wrongfully undervaluing damages to avoid payment to Plaintiff, and wholly failing to properly handle their Claim, QBE SPECIALITY INSURANCE COMPANY breached the duty of good faith and fair dealing owed to Plaintiff as an insured under an insurance contract. "Good faith and fair dealing" is defined as the degree and diligence which a man of ordinary care and Prudence would exercise in the management of one's own business. *Arnold v. Nat'l Mut. Fire Ins. Co.,* 725 S.W.2d 165, 167 (Tex.1987). An insurer has the ability and more easily can take advantage of the insured because an insurer has exclusive control over the evaluation, processing, and denial of claims, insurance companies and their policies present an inherent "unequal bargaining power." In legal terms, this unlevel playing field results in a "special relationship" between an insurer and insured and further justifies a position of a common-law duty on insurers to deal fairly and in good faith with their insureds.

17.    QBE SPECIALITY INSURANCE COMPANY's conduct constitutes a breach of the

APPENDIX 013

common law duty of good faith and fair dealing. Plaintiff, therefore, is entitled to recover Policy benefits as actual damages for QBE SPECIALITY INSURANCE COMPANY breach of the common law duty of good faith and fair dealing.

18.    QBE SPECIALITY INSURANCE COMPANY's conduct was not only a breach of its common law duty to deal fairly and in good faith with the Plaintiff based on this "special relationship" between the parties, but also constitutes a breach of the insurance contract between QBE SPECIALITY INSURANCE COMPANY and Plaintiff.  The policy in effect between Plaintiff and QBE SPECIALITY INSURANCE COMPANY is a contract wherein the insurance company, QBE SPECIALITY INSURANCE COMPANY, offers to provide insurance coverage services in exchange for the policyholder's payment of annual premium amounts in consideration of the contract. Pursuant to Texas law, either party to the contract can initiate legal action against the other for violations of that contract that caused damages. A breach of contract claim is distinct and independent from a tort and other claims such as a breach of the duty of good faith and fair dealing, as well as a violation of statutory or other extra-contractual claims. Tort and contract causes of action in an insurance context are separate and independent, yet they are factually interwoven, and the same evidence is often admissible on both claims.

19.    Here, QBE SPECIALITY INSURANCE COMPANY failed to perform its contractual duties to adequately compensate Plaintiff under the terms of their Policy. More specifically, but without limitation, QBE SPECIALITY INSURANCE COMPANY refused to pay the full proceeds of the Policy, although due notice was made for proceeds to be paid in an amount sufficient to cover the damaged Property, and all conditions precedent to recovery under the Policy had been carried out and accomplished by Plaintiff.

20.    Here in Texas, the vast majority of insurance policies, including QBE SPECIALITY INSURANCE COMPANY contract with Plaintiff, do not account for an insurance company,

APPENDIX 014

and/or its representative's, (potentially improper) acts or omissions undertaken through their handling of a claim, which incidentally affect the duration and outcome of the claim, and otherwise result in the policyholder's detriment. To account for such acts and omissions that fall outside the four-corners of the contract language (but nonetheless affect the claim and/or detrimentally harm the policyholder), the Texas Legislature in 1973, enacted the Texas Deceptive Trade Practices-Consumer Protection Act (hereafter referred to as "DTPA") to Protect consumers against false, misleading, and deceptive business practices, unconscionable actions,...and to provide efficient and economical procedures to secure such protections." TEX. BUS. & COM. CODE §17.44. Specifically, the Texas DTPA provides that a consumer may maintain an action where an insurance company (or one of its employees or agents) commits an act or practice in violation of Chapter 541 of the Texas Insurance Code. TEX. BUS. & COM. CODE §17.50. These enumerated acts (as found within Chapters 541 and 542 of the Texas Insurance Code) are generally not included within the written contractual terms of the insurance policy. These two bodies of law (contract and tort) are neither overlapping, nor mutually exclusive. Rather, they are entirely independent issues under independent bodies of law with unique causes of action and damages available.

21.    Likewise, Texas Legislators specifically created and enacted the Texas Insurance Code to protect consumers, like Plaintiff, and regulate insurance professionals, like Defendant, because the language of insurance policy contracts (without more) was not properly serving those functions. Chapters 541 and 542 of the Texas Insurance Code include duties and obligations that any person or entity engaged in the business of insurance in the State of Texas must follow. Those duties and obligations are wholly independent of those for which an insurer may be contractually responsible. Specifically, Chapter 541 of the Texas Insurance Code states that "the purpose of this chapter is to regulate trade practices in the business of insurance by: (1) defining or providing for the determination of trade practices in this state that are unfair methods of competition or unfair or

deceptive acts or practices; and (2) prohibiting those trade practices. Chapters 541 and 542 of the Texas Insurance Code describe the various claims settlement practices, among extensive other rules and requirements with which anyone engaged in the business of insurance in the State of Texas must comply and not violate; as well as deceptive, unfair, and prohibited practices that anyone engaged in the business of insurance in the State of Texas must not engage in or undertake. Insurance policies in Texas, such as Plaintiff's insurance policy with QBE SPECIALITY INSURANCE COMPANY, are silent as to these statutory provisions.

22.    QBE SPECIALITY INSURANCE COMPANY voluntarily assumed a non-contractual obligation to inspect and value Plaintiff's damages, thereby causing its conduct to be governed in a tort setting, by the applicable provision of the Texas Insurance Code. However, Lloyd's London then failed to comply with its obligations and duties under the law for inspecting and valuing covered losses, and likewise failed to perform its contractual duty to adequately compensate Plaintiff for monies owed to them under the Policy.

23.    More specifically, but without limitations, QBE SPECIALITY INSURANCE COMPANY, violated Chapter 541 of the Texas Insurance Code by misrepresenting to Plaintiff that the majority of their Delta damages were not covered under the Policy, even though the damages this property sustained was cause by a covered occurrence. QBE SPECIALITY INSURANCE COMPANY further violated the Texas Insurance Code by undervaluing and under-scoping the damages Plaintiff incurred. QBE SPECIALITY INSURANCE COMPANY misrepresentations caused Plaintiff to suffer "actual damages" which, under the Insurance Code, are recoverable at common law. "Actual Damages" include benefit-of-the-bargain damages, commonly referred to as policy benefits, which signify the difference of the value represented and the value received. QBE SPECIALITY INSURANCE COMPANY conduct, as described above, constitutes a violation of the Texas Insurance Code, Unfair Settlement Practices under TEX. INS. CODE §541.060(a)(1).

APPENDIX 016

24.     Insureds like the Plaintiff can recover actual damages for extra-contractual claims such as Chapter 541 violations under the Texas Insurance Code, and bad faith claims. The actual damages are the Policy benefits to which insureds like Plaintiff were entitled, and that should have been properly paid by insurers like QBE SPECIALTY INSURANCE COMPANY, but were not. Plaintiff, therefore, is entitled to recover Policy benefits as actual damages for Defendant's violations of this section of the Texas Insurance Code.

25.     QBE SPECIALTY INSURANCE COMPANY also failed to make an attempt to settle Plaintiff's Claim in a prompt, fair, and/or equitable manner, although they were aware of their liability to Plaintiff. As such, QBE SPECIALTY INSURANCE COMPANY conduct in this regard constitutes a violation of the Texas Insurance Code, Unfair Settlement Practices under TEX. INS. CODE §541.060(a)(2)(A). Specifically, QBE SPECIALTY INSURANCE COMPANY failure to properly investigate, given their undervaluation of the Claim, and conduct otherwise, caused Plaintiff to lose Policy benefits to which they were entitled to recover. Plaintiff is entitled to recover policy benefits as actual damages for Defendant's violation of this section of the Texas Insurance Code. *Id.*

26.     QBE SPECIALTY INSURANCE COMPANY failed to explain to Plaintiff the reasons for their offer of an inadequate settlement, and failed to explain the reason why full payment was not being made. Furthermore, Defendant neither communicated that any future settlements or payments would be forthcoming to pay for the entire losses covered under the Policy, nor provided any explanation for the failure to adequately settle Plaintiff's Claim. As such, Defendant's conduct is a violation of the Texas Insurance Code, Unfair Settlement Practices under TEX. INS. CODE §541.060(a)(3). Defendant's conduct caused Plaintiff to suffer actual damages and lose Policy benefits to which they were entitled, and which should have been paid initially by Defendant. Plaintiff therefore, is entitled to recover Policy benefits as actual damages, as well as attorney's fees, and costs for Defendant's violation of this section of the Texas Insurance Code.

27.    Furthermore, QBE SPECIALITY INSURANCE COMPANY failed to affirm or deny coverage of Plaintiff's claim within a reasonable time.  Specifically, Plaintiff did not receive timely written QBE SPECIALITY INSURANCE COMPANY or rejection of their full and entire claim from Defendant.  As such, Defendant's conduct in this regard constitutes a violation of the Texas Insurance Code, Unfair Settlement Practices under TEX. INS. CODE §541.060(a)(4). QBE SPECIALITY INSURANCE COMPANY conduct caused Plaintiff to suffer actual damages and lose policy benefits to which they were entitled, and which should have been paid by QBE SPECIALITY INSURANCE COMPANY

28.    Plaintiff therefore, is entitled to recover Policy benefits as actual damages for Defendants' violation of the section of the Texas Insurance Code.

29.    Finally, Defendant failed to conduct a reasonable investigation, and refused to fully compensate Plaintiff under the terms of the policy. Specifically, QBE SPECIALITY INSURANCE COMPANY performed an outcome-oriented investigation of Plaintiff's claim, which resulted in a biased, unfair, and inequitable evaluation of Plaintiff's losses on the Property. As such, QBE SPECIALITY INSURANCE COMPANY conduct in this regard constitutes a violation of the Texas Insurance Code, Unfair Settlement Practices under TEX. INS. CODE §541.060(a)(7). Thus, Defendant's conduct caused Plaintiff to lose policy benefits to which they were entitled, and which should have been paid by QBE SPECIALITY INSURANCE COMPANY. Plaintiff, therefore, is entitled to recover policy benefits as actual damages, as well as attorney's fees, and cost for Defendant's violations of the section of the Texas Insurance Code. Id.

30.    After receiving notice of Plaintiff's claim, QBE SPECIALITY INSURANCE COMPANY failed to meet its obligations under the Texas Insurance Code regarding timely acknowledgement of Plaintiff's claims, requesting all information reasonably necessary to investigate their claim, and beginning the investigation of the claim within the statutorily mandated timelines. As such QBE

APPENDIX 018

APPENDIX 019

SPECIALITY INSURANCE COMPANY conduct in this regard constitutes a violation of the Texas Insurance Code, Prompt Payment of Claims Act, TEX. INS. CODE§ 542.055. Defendant's conduct caused Plaintiff to suffer actual damages which constitute the loss of policy benefits to which Plaintiff is entitled, and which should have been paid by QBE SPECIALITY INSURANCE COMPANY. Plaintiff, therefore, is entitled to recover policy benefits as actual damages, as well as attorney's fees, interest, cost, and all other amounts to which they're entitled, for Defendant's violation to the section of the Texas Insurance Code.

31.     QBE SPECIALITY INSURANCE COMPANY failed to accept or deny Plaintiff's full and entire claim within the statutorily mandated time of receiving all necessary information. QBE SPECIALITY INSURANCE COMPANY conduct constitutes a violation of the Texas Insurance Code, Prompt Payment of Claims Act under TEX. INS. CODE §542.056. QBE SPECIALITY INSURANCE COMPANY conduct caused Plaintiff to suffer actual damages which constitute the loss of policy benefits to which Plaintiff is entitled, and which should have been paid initially by QBE SPECIALITY INSURANCE COMPANY. Plaintiff, therefore, is entitled to recover policy benefits as actual damages for QBE SPECIALITY INSURANCE COMPANY violation the section of the Texas Insurance Code.

32.     QBE SPECIALITY INSURANCE COMPANY failed to meet its obligations under the Texas Insurance Code regarding payment of Plaintiff's Claim without delay. Specifically, QBE SPECIALITY INSURANCE COMPANY has delayed full payment of the Plaintiff's Claim longer than allowed, and to date, Plaintiff has not received full payment for their claim. As such, QBE SPECIALITY INSURANCE COMPANY conduct in this regard constitutes a violation of the Texas Insurance Code, Prompt Payment of Claims Act under TEX. INS. CODE§ 542.058. As a result of QBE SPECIALITY INSURANCE COMPANY violation of §542.058 of the Texas insurance code, Plaintiff lost policy benefits to which they were entitled, and which QBE

SPECIALITY INSURANCE COMPANY should have paid Plaintiff timely. Plaintiff, therefore, is entitled to recover policy benefits as their actual damages for QBE SPECIALITY INSURANCE COMPANY violation of this section of the Texas Insurance Code.

33.    From and after the time Plaintiff's Claim was presented to QBE SPECIALITY INSURANCE COMPANY, the liability of QBE SPECIALITY INSURANCE COMPANY to pay the full Claim in accordance with the terms of the Policy was reasonably clear. However, QBE SPECIALITY INSURANCE COMPANY has refused to pay Plaintiff in full, despite there being no basis on which a reasonable insurance company would have relied to deny the full payment. As such, QBE SPECIALITY INSURANCE COMPANY conduct in this regard constitutes a breach of the common law duty of good faith and fair dealing.

34.    Additionally, QBE SPECIALITY INSURANCE COMPANY knowingly or recklessly made false representations, as described above, as to material facts and/or knowingly concealed from Plaintiff all or part of material information relevant to Plaintiff's Claim.

35.    As a result of QBE SPECIALITY INSURANCE COMPANY wrongful acts and omissions, Plaintiff was forced to retain the professional services of the attorneys and law firm who are representing them with respect to these causes of action.

36.    QBE SPECIALITY INSURANCE COMPANY is liable to Plaintiff for intentional breach of contract, as well as intentional violations of the Texas Insurance Code, fraud, and intentional breach of the common law duty of good faith and fair dealing.

37.    All conditions precedent to Plaintiff's request for relief has been performed or has occurred, and/or Defendant waived the same. This includes, but is not limited to, providing notice pursuant to Texas Insurance Code 542A, and pre-litigation alternative dispute resolution, if any.

## V. CAUSES OF ACTION

38.    Defendants are liable to the Plaintiff for breach of contract, violations of the Texas

APPENDIX 020

Insurance Code, violations of the Texas Deceptive Trade Practices Act, fraud, and breach of the common law duty of good faith and fair dealing.

## A. BREACH OF CONTRACT

39.     The acts and omissions in failing to timely and properly adjust the claim, refusing to inspect the damage, failing to take into consideration the roof, performing an outcome-oriented inspection, and the failure to timely and properly pay a claim all amount to breach of contract by Defendants.

## B. VIOLATIONS OF THE TEXAS INSURANCE CODE—UNFAIR SETTLEMENT PRACTICES

40.     Defendants' conduct constitutes multiple violations of the Texas Insurance Code, Unfair Settlement Practices Act. The acts and omission of Defendants in failing to properly and timely investigate the claim constitute a violation of the TEX. INS. CODE §541.060(a)(1). All violations are made actionable under the TEX. INS. CODE §541.151.

41.     Falsehoods and misrepresentations under Texas law may be communicated by actions as well as by the spoken word; therefore, deceptive conduct is equivalent to a verbal representation. Defendants misrepresentations by means of deceptive conduct include, but are not limited to: (1) failing to conduct a reasonable inspection and investigation of Plaintiff's damages; (2) stating that Plaintiff's damages were less severe than they in fact were, resulting in the undervaluing and under-scoping of Plaintiff's damages;  (3) using the adjuster's and/or building consultant's statements about the non-severity of the damage as a basis for denying properly covered damages and/or underpaying damages; and (4) failing to provide an adequate explanation for the inadequate compensation Plaintiff received.  Defendants' unfair settlement practice, as described above, of misrepresenting to Plaintiff material facts relating to the coverage at issue, constitutes an unfair method of competition and an unfair and deceptive act or practice in the business of insurance under TEX. INS. CODE § 541.060(1).

42.     Defendants' unfair settlement practice, as described above, of failing to attempt in good faith to effectuate a prompt, fair, and equitable settlement of the claim, even though Defendants liability

APPENDIX 021

APPENDIX 022

under the policy was reasonably clear, constitutes an unfair method of competition and an unfair and deceptive act or practice in the business of insurance under, TEX. INS. CODE § 541.060(a)(2)(A).

43.    Defendants' unfair settlement practice, as described above, of failing to promptly provide Plaintiff with a reasonable explanation of the basis in the policy for its offer of a compromise, or settlement of the Claim, in relation to the facts or applicable law, constitutes an unfair method of competition and an unfair and deceptive act or practice in the business of insurance under TEX. INS. CODE §541.060(3).

44.    Defendants' unfair settlement practice, as described above, failing within a reasonable time to affirm or deny coverage of the claim to Plaintiff, or to submit a reservation of rights to Plaintiff constitutes an unfair method of competition and an unfair and deceptive act or practice in the business of insurance under TEX. INS. CODE §541.060(4).

45.    Defendants' unfair settlement practice, as described above, of refusing to pay Plaintiff their full claim without conducting a reasonable investigation, constitutes an unfair method of competition and an unfair and deceptive act or practice in the business of insurance under TEX. INS. CODE §541.060(7).

### C. VIOLATIONS OF THE TEXAS INSURANCE CODE—PROMPT PAYMENT OF CLAIMS

46.    Defendants' conduct constitutes multiple violations of the Texas Insurance Code, Prompt Payment of Claims Act. All violations made under this provision are made actionable by TEX. INS. CODE §542.060.

47.    Defendants' failure to acknowledge receipt of Plaintiff's Claim, to commence investigation of the Claim, and to request from Plaintiff all items, statements, and forms that it reasonably believed would be required within the applicable time constraints, as described above, constitutes a non-prompt payment of the Claim in violation of the Texas Insurance Code Section 542.055.

Page 13 of 18

48.     Defendants' delay of the payment of Plaintiff's Claim following its receipt of all items, statements, and forms reasonably requested and required, as described above, constitutes a non-prompt payment of the Claim and a violation of this section under TEX. INS. CODE §542.058

D. DECEPTIVE TRADE PRACTICES

49.     Defendants' conduct constitutes multiple violations of the Texas Deceptive Trade Practices Act ("DTPA"), TEX. BUS. & COM, CODE 17.41

50.     Plaintiff is a consumer of goods and services provided by Defendants' pursuant to the DTPA. Plaintiff has met all conditions precedent to bringing this cause of action against Defendants'. Specifically, QBE SPECIALITY INSURANCE COMPANY violations of the DTPA include, without limitation, the following matters:

a.      By its acts, omissions, failures, and conduct, Defendants has violated sections 17.46(b)(2),(5),(7),(9),(12),(20) and (24) of the DTPA.   Defendants' violations include without limitation, (1) unreasonable delays in the investigation, adjustment, and resolution of Plaintiff's Claim, (2) failure to give Plaintiff the benefit of the doubt, and (3) failure to pay for the proper repair of Plaintiff's property when liability has become reasonably clear, which gives Plaintiff the right to recover under section 17.48(b)(2).

b.      Defendants represented to Plaintiff that both the policy and Defendants adjusting, and investigative services had characteristics or benefits that they did not possess, which gives Plaintiff the right to recover under section 17.46(b)(5) of the DTPA.

c.      Defendants also represented to Plaintiff that both the policy and Defendants' adjusting services were of a particular standard, quality, or grade when they were of another, in violation of section 17.46(b)(7) of the DTPA.

d.      Furthermore, Defendants advertised the policy and adjusting services with the intent not to sell them as advertised, in violation of section 17.46(b)(9) if the DTPA.

Page **14** of **18**

e.      Defendants breached an express warranty that the damages caused by wind and hail would be covered under the policy. This breach entitles Plaintiff to recover under sections 17.46(b)(12) and (20) and 17.50(a)(2) of the DTPA.

f.      Defendants' actions are unconscionable in that Defendants took advantage of Plaintiff's lack of knowledge, ability, and experience to a grossly unfair degree. Defendants unconscionable conduct gives Plaintiff a right to relief under section 17.50(a)(3) of the DTPA.

g.      Defendants conduct, acts, omissions, and failures, as described in this petition, are unfair practices in the business of insurance in violation of section 17.50(a)(4) of the DTPA.

51.      Each of the above-described acts, omissions, and failures of Defendants is a producing cause of Plaintiff's damages. All of the above-described acts, omissions, and failures were committed "knowingly" and "intentionally," as defined by the Texas Deceptive Trade Practices Act.

## E. FRAUD

52.      Defendants are liable to Plaintiff for common law fraud.

## F. DUTY OF GOOD FAITH AND FAIR DEALING

53.      Defendants' conduct constitutes a breach of the common law duty of good faith and fair dealing owed to insureds in insurance contracts – like the insurance Policy that existed between Plaintiff and Defendants.

54.      Defendants' failure, as described above, to adequately and reasonably investigate and evaluate Plaintiff's Claim, although at that time, Defendants knew or should have known by the exercise of reasonable diligence that its liability was reasonably clear, constitutes a breach of the duty of good faith and fair dealing.

55.      Each and every one of the representations, as described above, concerned material facts for the reason that absent such representations, Plaintiff would not have acted as they did, and which Defendants knew were false or made recklessly without any knowledge of their truth as a positive

APPENDIX 024

assertion.

## VI. MENCHACA/DAMAGES

56.    The recent Texas Supreme Court case of *Menchaca* makes it clear that the Insurance Code damages owed are as a matter of law, at least the contractual minimum damages owed under the policy of insurance if there was a breach of the Insurance Code.  The perceived requirement of "independent injury" was eliminated.  Nonetheless, the interior damage is an independent injury based on the failure to timely and properly pay for the repairs needed to prevent further damage.

## VII. RESPONDEAT SUPERIOR/VICARIOUS LIABILITY

57.    The Insurance Company is legally liable for and responsible for all acts/omissions and damages caused by the adjusters and its agents.  All the acts and omissions were performed in the course and scope of their employment.

## VIII. DAMAGES

58.    Plaintiff would show that all the acts as alleged herein, taken together or singularly, constitute the producing cause of the damages sustained by Plaintiff.

59.    As previously mentioned, Plaintiff's Delta damages have not been properly addressed or repaired, causing further damages to the Property while also causing undue hardship and a burden on Plaintiff.  These damages are a direct result of Defendant mishandling of Plaintiff's Claim in violation of the laws set forth above.

60.    For breach of contract, Plaintiff is entitled to regain the benefit of their bargain, for their purchase of the Policy, and for the amount of their Claim, together with attorney's fees under Texas Civil Practice & Remedies Code Section 38.001.  All conditions precedent to Plaintiff's claims for relief have been performed or has occurred, and/or QBE SPECIALITY INSURANCE COMPANY waived the same.  This includes, but is not limited to, providing notice pursuant to Texas Insurance Code 542A.

APPENDIX 025

61. For noncompliance with the Texas Insurance Code, Unfair Settlement Practices Act, Plaintiff is entitled to actual damages, which includes the loss of the benefits that should have been paid pursuant to the Policy, mental anguish, court costs, interest, and attorney's fees. For knowing conduct of the acts and conduct described and complained of above, Plaintiff is entitled to three (3) times their actual damages. TEX. INS. CODE §541.152.

62. For noncompliance with the Texas Insurance Code, Prompt Payment of Claims Act, Plaintiff is entitled to simple interest on the amount of their Claim as damages each year at the rate determined on the date of judgment, by adding five percent (5%) to the interest rate determined under Section 304.003, Finance Code, together with reasonable and necessary attorney's fees. TEX. INS. CODE §542.060.

63. For breach of common law duty of good faith and fair dealing, Plaintiff is entitled to compensatory damages, including all forms of loss resulting from the insurer's breach of duty, such as additional costs, economic hardship, losses due to nonpayment of amount Defendants owed, exemplary damages, and damages for emotional distress.

64. For fraud, Plaintiff is entitled to recover actual damages and exemplary damages for knowingly fraudulent and malicious representations, along with attorney's fees, interest, and court cost.

65. For the prosecution and collection of this Claim, Plaintiff has been compelled to engage the service of the attorney and firm whose names are subscribed to this pleading. Therefore, Plaintiff is entitled to recover a sum for the reasonable and necessary services of Plaintiff's attorneys in preparation and trial of this action, including any appeals to the Court of Appeals and/or the Texas Supreme Court.

66. For loss of business use of the property Plaintiff is entitled to recover damages for loss of business use for the duration of the storm and several days subsequent to the storm due to

inaccessibility to the building.

## IX. PLAINTIFF HEREBY DEMANDS TRIAL BY JURY

67.    Plaintiff demands a jury trial and tenders the appropriate fee.

## X. CONDITIONS PRECEDENT

68.    All conditions precedent to the filing of this suit has been met, including providing the insurance company with an opportunity to inspect the property under. Texas Insurance Code §542A.001 *et. seq.*, and attempts at alternative dispute resolution.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that Defendant be cited to appear and answer herein as the law directs, and that upon final hearing, Plaintiff has and recover judgment of, and from Defendant, a sum in excess of the minimum jurisdictional amounts of this Court, costs of court, pre-judgment, and post-judgment interest which may be authorized by law, and for such other and further relief, both general and special, at law and in equity, to which Plaintiff may be justly entitled.

Respectfully submitted,

By:    */s/ Eric W. Newell*
ERIC W.NEWELL
Texas Bar No. 24046521
Email: eric_newell@bcoonlaw.com
215 Orleans
Beaumont, Texas 77701
Tel. (409) 835-2666
Fax. (866) 753-9080

Attorney for Plaintiff
Brent Coon

APPENDIX 027

# EXHIBIT

## "A"

| INSURED | : Brent Coon | | DATE OF REPORT | : 04/30/2021 |
|---------|--------------|---|----------------|-------------|
| LOCATION | : 7550 Shadow Creek Drive | | DATE OF LOSS | : 08/27/2020 |
| | : Beaumont, TX 77707 | | POLICY NUMBER | : |
| COMPANY | : | | CLAIM NUMBER | : |
| | : | | OUR FILE NUMBER | : LS21-0009 |
| | : | | ADJUSTER NAME | : |

# LOSS SOLUTIONS ESTIMATE

## ESTIMATE RECAP

| | |
|---|---|
| Estimate Totals Before Taxes: | $176,051.08 |
| Applicable Sales Tax: | $3,703.50 |
| Estimate Grand Totals: | $179,754.58 |
| Total Depreciation: | ($0.00) |
| A.C.V. Estimate Totals: | $179,754.58 |
| Policy Deductible: | ($0.00) |
| Final Totals: | $179,754.58 |

## ESTIMATE COMMENTS

The following estimate outlines the necessary repair scope and pricing directly associated with the property damages that resulted from the Hurricane Laura weather event that occurred on or about August 27, 2020.  The estimate does not include damages or costs related to property contents or ALE coverages outlined in the insurance policy.

| INSURED | : Brent Coon | DATE OF REPORT | : 04/30/2021 |
|---|---|---|---|
| LOCATION | : 7550 Shadow Creek Drive | DATE OF LOSS | : 08/27/2020 |
| | : Beaumont, TX 77707 | POLICY NUMBER | : |
| COMPANY | : | CLAIM NUMBER | : |
| | : | OUR FILE NUMBER | : LS21-0009 |
| | : | ADJUSTER NAME | : |

**Main Grouping:** Residence
**Sub-group #1:** Interior Repairs
**Estimate Section:** Entry

Entry ................................................................ 22' x 24' x 20'

| Lower Perimeter: | 92.00 LF | Floor SF: | 528.00 SF | Wall SF: | 1840.00 SF |
|---|---|---|---|---|---|
| Upper Perimeter: | 92.00 LF | Floor SY: | 58.67 SY | Ceiling SF: | 528.00 SF |

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|
| 2368 SF | Clean, Seal and Paint Walls and Ceilings Includes all trim components. | $1.50 | $3,552.00 | | $3,552.00 |
| 1.0 EA | Extra Large Room Move and Reset Contents | $132.61 | $132.61 | | $132.61 |
| 528.0 SF | Cover and Protect Floors | $0.18 | $95.04 | | $95.04 |
| 2368.0 SF | Necessary Drywall Repairs Includes all necessary drywall repairs, and texture blending at water damaged areas. | $0.75 | $1,776.00 | | $1,776.00 |
| | **Totals For Entry** | | **$5,555.65** | **$0.00** | **$5,555.65** |

**Main Grouping:** Residence
**Sub-group #1:** Interior Repairs
**Estimate Section:** Living Room

Living Room ........................................................ 23' x 22' x 20'

| Lower Perimeter: | 90.00 LF | Floor SF: | 506.00 SF | Wall SF: | 1800.00 SF |
|---|---|---|---|---|---|
| Upper Perimeter: | 90.00 LF | Floor SY: | 56.22 SY | Ceiling SF: | 506.00 SF |

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|
| 2306.0 SF | Clean, Seal and Paint Walls and Ceilings | $1.50 | $3,459.00 | | $3,459.00 |
| 1.0 EA | Extra Large Room Move and Reset Contents | $132.61 | $132.61 | | $132.61 |
| 506.0 SF | Cover and Protect Floors | $0.18 | $91.08 | | $91.08 |
| 2306.0 SF | Necessary Drywall Repairs Includes all necessary drywall repairs, and texture blending at water damaged areas. | $0.75 | $1,729.50 | | $1,729.50 |
| | **Totals For Living Room** | | **$5,412.19** | **$0.00** | **$5,412.19** |

**Main Grouping:** Residence
**Sub-group #1:** Interior Repairs
**Estimate Section:** Dining Room

Dining Room ........................................................ 13' 6.0" x 11' x 10'
Offset ................................................................ 6' x 9' x 10'

| Lower Perimeter: | 61.00 LF | Floor SF: | 202.50 SF | Wall SF: | 610.00 SF |
|---|---|---|---|---|---|
| Upper Perimeter: | 61.00 LF | Floor SY: | 22.50 SY | Ceiling SF: | 202.50 SF |

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|
| 812.5 SF | Clean, Seal and Paint Walls and Ceilings | $1.50 | $1,218.75 | | $1,218.75 |
| 1.0 EA | Extra Large Room Move and Reset Contents | $132.61 | $132.61 | | $132.61 |

| INSURED | : Brent Coon | DATE OF REPORT | : 04/30/2021 |
|---|---|---|---|
| LOCATION | : 7550 Shadow Creek Drive | DATE OF LOSS | : 08/27/2020 |
| | : Beaumont, TX 77707 | POLICY NUMBER | : |
| COMPANY | : | CLAIM NUMBER | : |
| | : | OUR FILE NUMBER | : LS21-0009 |
| | : | ADJUSTER NAME | : |

**Estimate Section:        Residence : Interior Repairs : Dining Room - Continued...**

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|
| 202.5 SF | Cover and Protect Floors | $0.18 | $36.45 | | $36.45 |
| 812.5 SF | Necessary Drywall Repairs | $0.75 | $609.38 | | $609.38 |
| | Includes all necessary drywall repairs, and texture blending at water damaged areas. | | | | |
| | **Totals For Dining Room** | | **$1,997.19** | **$0.00** | **$1,997.19** |

| Main Grouping: | Residence |
|---|---|
| Sub-group #1: | Interior Repairs |
| Estimate Section: | Office |

Office ................................................................. 16' 6.0" x 12' x 20'
Offset ................................................................. 6' x 10' x 20'

| Lower Perimeter: | 69.00 LF | Floor SF: | 258.00 SF | Wall SF: | 1380.00 SF |
|---|---|---|---|---|---|
| Upper Perimeter: | 69.00 LF | Floor SY: | 28.67 SY | Ceiling SF: | 258.00 SF |

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|
| 1638.0 SF | Clean, Seal and Paint Walls and Ceilings | $1.50 | $2,457.00 | | $2,457.00 |
| 1.0 EA | Extra Large Room Move and Reset Contents | $132.61 | $132.61 | | $132.61 |
| 258.0 SF | Cover and Protect Floors | $0.18 | $46.44 | | $46.44 |
| 1638.0 SF | Necessary Drywall Repairs | $0.75 | $1,228.50 | | $1,228.50 |
| | Includes all necessary drywall repairs, and texture blending at water damaged areas. | | | | |
| | **Totals For Office** | | **$3,864.55** | **$0.00** | **$3,864.55** |

| Main Grouping: | Residence |
|---|---|
| Sub-group #1: | Interior Repairs |
| Estimate Section: | Breakfast Room |

Breakfast Room ...................................................... 18' x 17' x 10'
Offset ................................................................. 3' x 6' x 8'

| Lower Perimeter: | 76.00 LF | Floor SF: | 324.00 SF | Wall SF: | 748.00 SF |
|---|---|---|---|---|---|
| Upper Perimeter: | 82.00 LF | Floor SY: | 36.00 SY | Ceiling SF: | 324.00 SF |

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|
| 1072.0 SF | Clean, Seal and Paint Walls and Ceilings | $1.50 | $1,608.00 | | $1,608.00 |
| 1.0 EA | Extra Large Room Move and Reset Contents | $132.61 | $132.61 | | $132.61 |
| 324.0 SF | Cover and Protect Floors | $0.18 | $58.32 | | $58.32 |
| 1072.0 SF | Necessary Drywall Repairs | $0.75 | $804.00 | | $804.00 |
| | Includes all necessary drywall repairs, and texture blending at water damaged areas. | | | | |
| | **Totals For Breakfast Room** | | **$2,602.93** | **$0.00** | **$2,602.93** |

| INSURED | : Brent Coon | DATE OF REPORT | : 04/30/2021 |
|---|---|---|---|
| LOCATION | : 7550 Shadow Creek Drive | DATE OF LOSS | : 08/27/2020 |
| | : Beaumont, TX 77707 | POLICY NUMBER | : |
| COMPANY | : | CLAIM NUMBER | : |
| | : | OUR FILE NUMBER | : LS21-0009 |
| | : | ADJUSTER NAME | : |

| Main Grouping: | Residence |
|---|---|
| Sub-group #1: | Interior Repairs |
| Estimate Section: | Bath 2 |

Bath 2 ........................................................ 5' x 11' x 8'

| Lower Perimeter: | 32.00 LF | Floor SF: | 55.00 SF | Wall SF: | 256.00 SF |
|---|---|---|---|---|---|
| Upper Perimeter: | 32.00 LF | Floor SY: | 6.11 SY | Ceiling SF: | 55.00 SF |

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|
| 311.0 SF | Clean, Seal and Paint Walls and Ceilings | $1.50 | $466.50 | | $466.50 |
| 1.0 EA | Small Room Move and Reset Contents | $56.83 | $56.83 | | $56.83 |
| 55.0 SF | Cover and Protect Floors | $0.18 | $9.90 | | $9.90 |
| 311.0 SF | Drywall Repairs | $0.75 | $233.25 | | $233.25 |
| | Includes all necessary repairs to drywall & texture at water damaged areas. | | | | |
| | **Totals For Bath 2** | | **$766.48** | **$0.00** | **$766.48** |

| Main Grouping: | Residence |
|---|---|
| Sub-group #1: | Interior Repairs |
| Estimate Section: | Den |

Den ........................................................ 19' x 35' x 8'
Offset ........................................................ 8' x 12' x 10'

| Lower Perimeter: | 124.00 LF | Floor SF: | 761.00 SF | Wall SF: | 1072.00 SF |
|---|---|---|---|---|---|
| Upper Perimeter: | 136.00 LF | Floor SY: | 84.56 SY | Ceiling SF: | 761.00 SF |

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|
| 1833.0 SF | Clean, Seal and Paint Walls and Ceilings | $1.50 | $2,749.50 | | $2,749.50 |
| 1.0 EA | Extra Large Room Move and Reset Contents | $132.61 | $132.61 | | $132.61 |
| 761.0 SF | Cover and Protect Floors | $0.18 | $136.98 | | $136.98 |
| 1833.0 SF | Necessary Drywall Repairs | $0.75 | $1,374.75 | | $1,374.75 |
| | Includes all necessary drywall repairs, and texture blending at water damaged areas. | | | | |
| | **Totals For Den** | | **$4,393.84** | **$0.00** | **$4,393.84** |

| Main Grouping: | Residence |
|---|---|
| Sub-group #1: | Interior Repairs |
| Estimate Section: | Hall |

Hall ........................................................ 4' x 18' x 9'

| Lower Perimeter: | 44.00 LF | Floor SF: | 72.00 SF | Wall SF: | 396.00 SF |
|---|---|---|---|---|---|
| Upper Perimeter: | 44.00 LF | Floor SY: | 8.00 SY | Ceiling SF: | 72.00 SF |

| | | | | | |
|---|---|---|---|---|---|
| | **Totals For Hall** | | **$0.00** | **$0.00** | **$0.00** |

| INSURED | : Brent Coon | DATE OF REPORT | : 04/30/2021 |
| LOCATION | : 7550 Shadow Creek Drive | DATE OF LOSS | : 08/27/2020 |
| | : Beaumont, TX 77707 | POLICY NUMBER | : |
| COMPANY | : | CLAIM NUMBER | : |
| | : | OUR FILE NUMBER | : LS21-0009 |
| | : | ADJUSTER NAME | : |

**Main Grouping:**     Residence
**Sub-group #1:**      Interior Repairs
**Estimate Section:**    Office 2

Office 2 ........................................................ 15' x 16' x 9'

| Lower Perimeter: | 62.00 LF | Floor SF: | 240.00 SF | Wall SF: | 558.00 SF |
| Upper Perimeter: | 62.00 LF | Floor SY: | 26.67 SY | Ceiling SF: | 240.00 SF |

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|
| 798.0 SF | Clean, Seal and Paint Walls and Ceilings | $1.50 | $1,197.00 | | $1,197.00 |
| 1.0 EA | Large Room Move and Reset Contents | $94.72 | $94.72 | | $94.72 |
| 240.0 SF | Cover and Protect Floors | $0.18 | $43.20 | | $43.20 |
| 798.0 SF | Necessary Drywall Repairs | $0.75 | $598.50 | | $598.50 |
| | Includes all necessary drywall repairs, and texture blending at water damaged areas. | | | | |
| | **Totals For Office 2** | | **$1,933.42** | **$0.00** | **$1,933.42** |

**Main Grouping:**     Residence
**Sub-group #1:**      Interior Repairs
**Estimate Section:**    Stairwell

Stairwell ........................................................ 10' x 7' x 20'

| Lower Perimeter: | 34.00 LF | Floor SF: | 70.00 SF | Wall SF: | 680.00 SF |
| Upper Perimeter: | 34.00 LF | Floor SY: | 7.78 SY | Ceiling SF: | 70.00 SF |

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|
| 750.0 SF | Clean, Seal and Paint Walls and Ceilings | $1.50 | $1,125.00 | | $1,125.00 |
| 70.0 SF | Cover and Protect Floors | $0.18 | $12.60 | | $12.60 |
| 750.0 SF | Necessary Drywall Repairs | $0.75 | $562.50 | | $562.50 |
| | Includes all necessary drywall repairs, and texture blending at water damaged areas. | | | | |
| | **Totals For Stairwell** | | **$1,700.10** | **$0.00** | **$1,700.10** |

**Main Grouping:**     Residence
**Sub-group #1:**      Interior Repairs
**Estimate Section:**    Bedroom 3

Bedroom 3 ........................................................ 9' x 14' x 9'
Offset ........................................................ 7' x 8' x 9'
Closet ........................................................ 2' 6.0" x 5' x 8'
Sauna Bath ........................................................ 8' x 7' x 9'

| Lower Perimeter: | 105.00 LF | Floor SF: | 250.50 SF | Wall SF: | 930.00 SF |
| Upper Perimeter: | 60.00 LF | Floor SY: | 27.83 SY | Ceiling SF: | 250.50 SF |

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|
| 1180.5 SF | Clean, Seal and Paint Walls and Ceilings | $1.50 | $1,770.75 | | $1,770.75 |
| 1.0 EA | Large Room Move and Reset Contents | $94.72 | $94.72 | | $94.72 |

| INSURED | : Brent Coon | DATE OF REPORT | : 04/30/2021 |
|---|---|---|---|
| LOCATION | : 7550 Shadow Creek Drive | DATE OF LOSS | : 08/27/2020 |
| | : Beaumont, TX 77707 | POLICY NUMBER | : |
| COMPANY | : | CLAIM NUMBER | : |
| | : | OUR FILE NUMBER | : LS21-0009 |
| | : | ADJUSTER NAME | : |

Estimate Section:        Residence : Interior Repairs : Bedroom 3 - Continued...

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|
| 250.5 SF | Cover and Protect Floors | $0.18 | $45.09 | | $45.09 |
| 1180.5 SF | Necessary Drywall Repairs<br>Includes all necessary drywall repairs, and texture<br>blending at water damaged areas. | $0.75 | $885.38 | | $885.38 |
| | **Totals For Bedroom 3** | | **$2,795.94** | **$0.00** | **$2,795.94** |

| Main Grouping: | Residence |
|---|---|
| Sub-group #1: | Exterior Repairs |
| Estimate Section: | Roof and Components |

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|
| 142.0 SQ | Remove and Replace 40 yr HD Laminated<br>Architectural Composition Shingles with Felt<br>Includes all hip and ridge shingles, necessary<br>flashings and components. Also includes small<br>Gazebo at rear. | $309.56 | $43,957.52 | | $43,957.52 |
| 142.0 SQ | Add for Additional Story for Roofing | $22.98 | $3,263.16 | | $3,263.16 |
| 142.0 SQ | Add for Steep Pitch - Shingle/Metal Roof | $20.58 | $2,922.36 | | $2,922.36 |
| 560.0 LF | Remove and Replace Aluminum Drip Edge | $2.48 | $1,388.80 | | $1,388.80 |
| | **Totals For Roof and Components** | | **$51,531.84** | **$0.00** | **$51,531.84** |

| Main Grouping: | Garage |
|---|---|
| Sub-group #1: | Interior Repairs |
| Estimate Section: | First Floor Auto Space |

First Floor Auto Space ...........................................  32' x 74' x 10'

| | | | | | |
|---|---|---|---|---|---|
| Lower Perimeter: | 212.00 LF | Floor SF: | 2368.00 SF | Wall SF: | 2120.00 SF |
| Upper Perimeter: | 212.00 LF | Floor SY: | 263.11 SY | Ceiling SF: | 2368.00 SF |

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|
| 4488.0 SF | Clean, Seal and Paint Walls and Ceilings | $1.50 | $6,732.00 | | $6,732.00 |
| 2368.0 SF | Open Floor Area Move and Reset Contents | $0.83 | $1,965.44 | | $1,965.44 |
| 2368.0 SF | Cover and Protect Floors | $0.18 | $426.24 | | $426.24 |
| 4488.0 SF | Necessary Drywall Repairs<br>Includes all necessary drywall repairs, and texture<br>blending at water damaged areas. | $0.75 | $3,366.00 | | $3,366.00 |
| | **Totals For First Floor Auto Space** | | **$12,489.68** | **$0.00** | **$12,489.68** |

| INSURED | : Brent Coon | DATE OF REPORT | : 04/30/2021 |
|---|---|---|---|
| LOCATION | : 7550 Shadow Creek Drive | DATE OF LOSS | : 08/27/2020 |
| | : Beaumont, TX 77707 | POLICY NUMBER | : |
| COMPANY | : | CLAIM NUMBER | : |
| | : | OUR FILE NUMBER | : LS21-0009 |
| | : | ADJUSTER NAME | : |

| Main Grouping: | Garage |
|---|---|
| Sub-group #1: | Interior Repairs |
| Estimate Section: | Second Floor Open Space |

Second Floor Open Space ....................................... 16' x 74' x 10'
    Offset ................................................................. 8' x 12' x 10'
    Offset ................................................................. 8' x 10' x 10'
    Offset ................................................................. 8' x 10' x 10'
    Offset ................................................................. 18' x 6' x 10'

| Lower Perimeter: | 264.00 LF | Floor SF: | 1548.00 SF | Wall SF: | 2640.00 SF |
|---|---|---|---|---|---|
| Upper Perimeter: | 264.00 LF | Floor SY: | 172.00 SY | Ceiling SF: | 1548.00 SF |

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|
| 4188.0 SF | Clean, Seal and Paint Walls and Ceilings | $1.50 | $6,282.00 | | $6,282.00 |
| 1548.0 SF | Open Floor Area Move and Reset Contents | $0.83 | $1,284.84 | | $1,284.84 |
| 1548.0 SF | Cover and Protect Floors | $0.18 | $278.64 | | $278.64 |
| 4188.0 SF | Necessary Drywall Repairs | $0.75 | $3,141.00 | | $3,141.00 |
| | Includes all necessary drywall repairs, and texture blending at water damaged areas. | | | | |
| | **Totals For Second Floor Open Space** | | **$10,986.48** | **$0.00** | **$10,986.48** |

| Main Grouping: | Garage |
|---|---|
| Sub-group #1: | Interior Repairs |
| Estimate Section: | Kitchen |

Kitchen ........................................................... 8' x 22' x 10'

| Lower Perimeter: | 60.00 LF | Floor SF: | 176.00 SF | Wall SF: | 600.00 SF |
|---|---|---|---|---|---|
| Upper Perimeter: | 60.00 LF | Floor SY: | 19.56 SY | Ceiling SF: | 176.00 SF |

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|
| 776.0 SF | Clean, Seal and Paint Walls and Ceilings | $1.50 | $1,164.00 | | $1,164.00 |
| 1.0 EA | Small Room Move and Reset Contents | $56.83 | $56.83 | | $56.83 |
| 176.0 SF | Cover and Protect Floors | $0.18 | $31.68 | | $31.68 |
| 776.0 SF | Necessary Drywall Repairs | $0.75 | $582.00 | | $582.00 |
| | Includes all necessary drywall repairs, and texture blending at water damaged areas. | | | | |
| | **Totals For Kitchen** | | **$1,834.51** | **$0.00** | **$1,834.51** |

| INSURED | : Brent Coon | DATE OF REPORT | : 04/30/2021 |
|---|---|---|---|
| LOCATION | : 7550 Shadow Creek Drive | DATE OF LOSS | : 08/27/2020 |
| | : Beaumont, TX 77707 | POLICY NUMBER | : |
| COMPANY | : | CLAIM NUMBER | : |
| | : | OUR FILE NUMBER | : LS21-0009 |
| | : | ADJUSTER NAME | : |

**Main Grouping:** Garage
**Sub-group #1:** Interior Repairs
**Estimate Section:** Bathroom

Bathroom .................................................................. 9' x 18' x 10'
Closet ....................................................................... 2' 6.0" x 5' x 10'

| Lower Perimeter: | 69.00 LF | Floor SF: | 174.50 SF | Wall SF: | 690.00 SF |
|---|---|---|---|---|---|
| Upper Perimeter: | 54.00 LF | Floor SY: | 19.39 SY | Ceiling SF: | 174.50 SF |

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|
| 864.5 SF | Clean, Seal and Paint Walls and Ceilings | $1.50 | $1,296.75 | | $1,296.75 |
| 1.0 EA | Large Room Move and Reset Contents | $94.72 | $94.72 | | $94.72 |
| 864.5 SF | Cover and Protect Floors and Walls | $0.18 | $155.61 | | $155.61 |
| 864.5 SF | Necessary Drywall Repairs | $0.75 | $648.38 | | $648.38 |
| | Includes all necessary drywall repairs, and texture blending at water damaged areas. | | | | |
| | **Totals For Bathroom** | | **$2,195.46** | **$0.00** | **$2,195.46** |

**Main Grouping:** Garage
**Sub-group #1:** Exterior Repairs
**Estimate Section:** Roof & Components

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|
| 150.0 LF | Remove and Reinstall Gutters / Downspouts - Residential | $2.96 | $444.00 | | $444.00 |
| 66.0 SQ | Remove and Replace 40 yr HD Laminated Architectural Composition Shingles with Felt | $309.56 | $20,430.96 | | $20,430.96 |
| | Includes hip and ridge shingles, necessary flashings, and components. | | | | |
| 62.0 SQ | Add for Additional Story for Roofing | $22.98 | $1,424.76 | | $1,424.76 |
| 62.0 SQ | Add for Steep Pitch - Shingle/Metal Roof | $20.58 | $1,275.96 | | $1,275.96 |
| 450.0 LF | Remove and Replace Aluminum Drip Edge | $2.48 | $1,116.00 | | $1,116.00 |
| | **Totals For Roof & Components** | | **$24,691.68** | **$0.00** | **$24,691.68** |

**Main Grouping:** General Conditions
**Estimate Section:** Contractor Costs

| Quantity | Description | Unit Cost | RCV | DEP | ACV |
|---|---|---|---|---|---|
| 16750.0 SF | Construction Clean-up | $0.26 | $4,355.00 | | $4,355.00 |
| 9.0 MO | 8x8x20 POD | $178.20 | $1,603.80 | | $1,603.80 |
| | 3 pods for 3 months each | | | | |
| 3.0 EA | Large Load Debris Removal | $350.00 | $1,050.00 | | $1,050.00 |
| 1.0 EA | Job (100K to 250K) Permit | $4,948.50 | $4,948.50 | | $4,948.50 |
| | **Totals For Contractor Costs** | | **$11,957.30** | **$0.00** | **$11,957.30** |

| INSURED | : Brent Coon | DATE OF REPORT | : 04/30/2021 |
| LOCATION | : 7550 Shadow Creek Drive | DATE OF LOSS | : 08/27/2020 |
| | : Beaumont, TX 77707 | POLICY NUMBER | : |
| COMPANY | : | CLAIM NUMBER | : |
| | : | OUR FILE NUMBER | : LS21-0009 |
| | : | ADJUSTER NAME | : |

# ESTIMATE TOTALS

| ESTIMATE TOTAL PAGE ITEMS | RCV | DIFF | ACV |
|---|---|---|---|
| **Repair Item Totals** | **$146,709.24** | **$0.00** | **$146,709.24** |
| General Contractor Overhead (10.0%) | $14,670.92 | $0.00 | $14,670.92 |
| General Contractor Profit (10.0%) | $14,670.92 | $0.00 | $14,670.92 |
| Estimate Totals With O&P | $176,051.08 | $0.00 | $176,051.08 |
| Applicable Sales Tax Rate: 8.2500% (Includes M) | $3,703.50 | $0.00 | $3,703.50 |
| Estimate Grand Totals | $179,754.58 | $0.00 | $179,754.58 |
| **BUILDING FINAL TOTALS** | **$179,754.58** | **$0.00** | **$179,754.58** |

Sales Tax Legend:  M - Materials

| INSURED | : Brent Coon | DATE OF REPORT | : 04/30/2021 |
|---------|-------------|----------------|--------------|
| LOCATION | : 7550 Shadow Creek Drive | DATE OF LOSS | : 08/27/2020 |
| | : Beaumont, TX 77707 | POLICY NUMBER | : |
| COMPANY | : | CLAIM NUMBER | : |
| | : | OUR FILE NUMBER | : LS21-0009 |
| | : | ADJUSTER NAME | : |

# TRADE BREAKDOWN SUMMARY

| TRADE/SUBTRADE CLASSIFICATION | | RCV | DEP | ACV |
|---|---|---|---|---|
| 1.0 | GENERAL CONDITIONS | $17,868.33 | $0.00 | $17,868.33 |
| 7.0 | MOISTURE PROTECTION | $76,223.52 | $0.00 | $76,223.52 |
| 9.0 | FINISHES | $52,617.39 | $0.00 | $52,617.39 |
| ALL TRADES TOTAL | | $146,709.24 | $0.00 | $146,709.24 |

The estimate totals displayed in the above trade appendix do not reflect the
final estimate totals. Please refer to the Estimate Totals Page printout for
the complete and final totals for this estimate.

| INSURED | : Brent Coon | DATE OF REPORT | : 04/30/2021 |
| LOCATION | : 7550 Shadow Creek Drive | DATE OF LOSS | : 08/27/2020 |
| | : Beaumont, TX 77707 | POLICY NUMBER | : |
| COMPANY | : | CLAIM NUMBER | : |
| | : | OUR FILE NUMBER | : LS21-0009 |
| | : | ADJUSTER NAME | : |

# ESTIMATE SUMMARY TOTALS

| AREA/GROUP DESCRIPTION | RCV | DEP | ACV |
|---|---|---|---|
| **Building Estimate** | | | |
| **Residence** | **$82,554.13** | **$0.00** | **$82,554.13** |
| **Interior Repairs** | **$31,022.29** | **$0.00** | **$31,022.29** |
| Entry | $5,555.65 | $0.00 | $5,555.65 |
| Living Room | $5,412.19 | $0.00 | $5,412.19 |
| Dining Room | $1,997.19 | $0.00 | $1,997.19 |
| Office | $3,864.55 | $0.00 | $3,864.55 |
| Breakfast Room | $2,602.93 | $0.00 | $2,602.93 |
| Bath 2 | $766.48 | $0.00 | $766.48 |
| Den | $4,393.84 | $0.00 | $4,393.84 |
| Hall | $0.00 | $0.00 | $0.00 |
| Office 2 | $1,933.42 | $0.00 | $1,933.42 |
| Stairwell | $1,700.10 | $0.00 | $1,700.10 |
| Bedroom 3 | $2,795.94 | $0.00 | $2,795.94 |
| **Exterior Repairs** | **$51,531.84** | **$0.00** | **$51,531.84** |
| Roof and Components | $51,531.84 | $0.00 | $51,531.84 |
| **Garage** | **$52,197.81** | **$0.00** | **$52,197.81** |
| **Interior Repairs** | **$27,506.13** | **$0.00** | **$27,506.13** |
| First Floor Auto Space | $12,489.68 | $0.00 | $12,489.68 |
| Second Floor Open Space | $10,986.48 | $0.00 | $10,986.48 |
| Kitchen | $1,834.51 | $0.00 | $1,834.51 |
| Bathroom | $2,195.46 | $0.00 | $2,195.46 |
| **Exterior Repairs** | **$24,691.68** | **$0.00** | **$24,691.68** |
| Roof & Components | $24,691.68 | $0.00 | $24,691.68 |
| **General Conditions** | **$11,957.30** | **$0.00** | **$11,957.30** |
| Contractor Costs | $11,957.30 | $0.00 | $11,957.30 |
| **ESTIMATE TOTALS:** | **$146,709.24** | **$0.00** | **$146,709.24** |

The estimate summary totals displayed in the above appendix do not reflect the
final estimate totals. Please refer to the Estimate Totals Page printout for
the complete and final totals for this estimate.

| INSURED | : Brent Coon | DATE OF REPORT | : 04/30/2021 |
| LOCATION | : 7550 Shadow Creek Drive | DATE OF LOSS | : 08/27/2020 |
| | : Beaumont, TX 77707 | POLICY NUMBER | : |
| COMPANY | : | CLAIM NUMBER | : |
| | : | OUR FILE NUMBER | : LS21-0009 |
| | : | ADJUSTER NAME | : |

# ESTIMATE SUMMARY DETAILS

| AREA/GROUP DESCRIPTION | RCV | DEP | ACV |
|---|---|---|---|
| **Building Estimate** | | | |
| Residence | | | |
| Interior Repairs | | | |
| Entry | $5,555.65 | $0.00 | $5,555.65 |
| Living Room | $5,412.19 | $0.00 | $5,412.19 |
| Dining Room | $1,997.19 | $0.00 | $1,997.19 |
| Office | $3,864.55 | $0.00 | $3,864.55 |
| Breakfast Room | $2,602.93 | $0.00 | $2,602.93 |
| Bath 2 | $766.48 | $0.00 | $766.48 |
| Den | $4,393.84 | $0.00 | $4,393.84 |
| Hall | $0.00 | $0.00 | $0.00 |
| Office 2 | $1,933.42 | $0.00 | $1,933.42 |
| Stairwell | $1,700.10 | $0.00 | $1,700.10 |
| Bedroom 3 | $2,795.94 | $0.00 | $2,795.94 |
| Exterior Repairs | | | |
| Roof and Components | $51,531.84 | $0.00 | $51,531.84 |
| **Totals for <Residence>** | **$82,554.13** | **$0.00** | **$82,554.13** |
| Contractor O & P for <Residence> | $16,510.82 | $0.00 | $16,510.82 |
| Sales Tax for <Residence> | $2,343.59 | $0.00 | $2,343.59 |
| **Grand Totals for <Residence>** | **$101,408.54** | **$0.00** | **$101,408.54** |
| Garage | | | |
| Interior Repairs | | | |
| First Floor Auto Space | $12,489.68 | $0.00 | $12,489.68 |
| Second Floor Open Space | $10,986.48 | $0.00 | $10,986.48 |
| Kitchen | $1,834.51 | $0.00 | $1,834.51 |
| Bathroom | $2,195.46 | $0.00 | $2,195.46 |
| Exterior Repairs | | | |
| Roof & Components | $24,691.68 | $0.00 | $24,691.68 |
| **Totals for <Garage>** | **$52,197.81** | **$0.00** | **$52,197.81** |
| Contractor O & P for <Garage> | $10,439.56 | $0.00 | $10,439.56 |
| Sales Tax for <Garage> | $1,207.91 | $0.00 | $1,207.91 |
| **Grand Totals for <Garage>** | **$63,845.28** | **$0.00** | **$63,845.28** |
| General Conditions | | | |
| Contractor Costs | $11,957.30 | $0.00 | $11,957.30 |
| **Totals for <General Conditions>** | **$11,957.30** | **$0.00** | **$11,957.30** |
| Contractor O & P for <General Conditions> | $2,391.46 | $0.00 | $2,391.46 |
| Sales Tax for <General Conditions> | $152.01 | $0.00 | $152.01 |
| **Grand Totals for <General Conditions>** | **$14,500.77** | **$0.00** | **$14,500.77** |
| | | | |
| Estimate Additional Items (Including Tax) : | $0.00 | $0.00 | $0.00 |
| Rounding Adjustments : | -$0.01 | $0.00 | -$0.01 |
| **ESTIMATE GRAND TOTALS:** | **$179,754.58** | **$0.00** | **$179,754.58** |

**The estimate summary details displayed in the above appendix do not reflect the
final estimate totals. Please refer to the Estimate Totals Page printout for
the complete and final totals for this estimate.**

| | | | |
|---|---|---|---|
| INSURED | : Brent Coon | DATE OF REPORT | : 05/19/2021 |
| LOCATION | : 7550 Shadow Creek Drive | DATE OF LOSS | : 08/27/2020 |
| | : Beaumont, TX 77707 | POLICY NUMBER | : |
| COMPANY | : | CLAIM NUMBER | : |
| | : | OUR FILE NUMBER | : LS21-0009 |
| | : | ADJUSTER NAME | : |



```
Section        :
Photo ID       : Image (1)
Photo #        : 1
Date           :
Taken By       :
Comment        :
Overall view of front elevation at Garage
```



```
Section        :
Photo ID       : Image (2)
Photo #        : 2
Date           :
Taken By       :
Comment        :
Damage to roof
```



```
Section        :
Photo ID       : Image (3)
Photo #        : 3
Date           :
Taken By       :
Comment        :
Damage to roof flashing
```



```
Section        :
Photo ID       : Image (4)
Photo #        : 4
Date           :
Taken By       :
Comment        :
Lifted shingles
```

SIMSOL®
PHOTO-1/8.3 (Note: Images have been downsampled to 640 x 480.)

page 1

APPENDIX 041

| | |
|---|---|
| INSURED : Brent Coon | DATE OF REPORT : 05/19/2021 |
| LOCATION : 7550 Shadow Creek Drive | DATE OF LOSS : 08/27/2020 |
| : Beaumont, TX 77707 | POLICY NUMBER : |
| COMPANY | CLAIM NUMBER : |
| : | OUR FILE NUMBER : LS21-0009 |
| : | ADJUSTER NAME : |
| : | |



Section :
Photo ID : Image (5)
Photo # : 5
Date :
Taken By :
Comment :
Damage to roof flashing



Section :
Photo ID : Image (6)
Photo # : 6
Date :
Taken By :
Comment :
Damage to roof



Section :
Photo ID : Image (7)
Photo # : 7
Date :
Taken By :
Comment :
Damage to roof



Section :
Photo ID : Image (8)
Photo # : 8
Date :
Taken By :
Comment :
Damage to roof flashing

SIMSOL®
PHOTO-1/8.3 (Note: Images have been downsampled to 640 x 480.)

page 2
APPENDIX 042

| | |
|---|---|
| INSURED : Brent Coon | DATE OF REPORT : 05/19/2021 |
| LOCATION : 7550 Shadow Creek Drive | DATE OF LOSS : 08/27/2020 |
| : Beaumont, TX 77707 | POLICY NUMBER : |
| COMPANY : | CLAIM NUMBER : |
| : | OUR FILE NUMBER : LS21-0009 |
| : | ADJUSTER NAME : |



Section :
Photo ID : Image (9)
Photo # : 9
Date :
Taken By :
Comment :
Lifted shingles



Section :
Photo ID : Image (10)
Photo # : 10
Date :
Taken By :
Comment :
Lifted shingles



Section :
Photo ID : Image (11)
Photo # : 11
Date :
Taken By :
Comment :
Overall view of left elevation at Garage



Section :
Photo ID : Image (12)
Photo # : 12
Date :
Taken By :
Comment :
Damage to roof flashing

SIMSOL®
PHOTO-1/8.3 (Note: Images have been downsampled to 640 x 480.)

page 3
APPENDIX 043

| | |
|---|---|
| INSURED : Brent Coon | DATE OF REPORT : 05/19/2021 |
| LOCATION : 7550 Shadow Creek Drive | DATE OF LOSS : 08/27/2020 |
| : Beaumont, TX 77707 | POLICY NUMBER : |
| COMPANY : | CLAIM NUMBER : |
| : | OUR FILE NUMBER : LS21-0009 |
| : | ADJUSTER NAME : |



| | |
|---|---|
| Section | : |
| Photo ID | : Image (13) |
| Photo # | : 13 |
| Date | : |
| Taken By | : |
| Comment | : |
| Overall view of rear elevation at Garage |



| | |
|---|---|
| Section | : |
| Photo ID | : Image (14) |
| Photo # | : 14 |
| Date | : |
| Taken By | : |
| Comment | : |
| Lifted shingles |



| | |
|---|---|
| Section | : |
| Photo ID | : Image (15) |
| Photo # | : 15 |
| Date | : |
| Taken By | : |
| Comment | : |
| Damage to roof |



| | |
|---|---|
| Section | : |
| Photo ID | : Image (16) |
| Photo # | : 16 |
| Date | : |
| Taken By | : |
| Comment | : |
| Lifted shingles |

SIMSOL®
PHOTO-1/8.3 (Note: Images have been downsampled to 640 x 480.)

page 4
APPENDIX 044

| | | | |
|---|---|---|---|
| INSURED | : Brent Coon | DATE OF REPORT | : 05/19/2021 |
| LOCATION | : 7550 Shadow Creek Drive | DATE OF LOSS | : 08/27/2020 |
| | : Beaumont, TX 77707 | POLICY NUMBER | : |
| COMPANY | : | CLAIM NUMBER | : |
| | : | OUR FILE NUMBER | : LS21-0009 |
| | : | ADJUSTER NAME | : |



| | |
|---|---|
| Section | : |
| Photo ID | : Image (17) |
| Photo # | : 17 |
| Date | : |
| Taken By | : |
| Comment | : |

Overall view of right elevation at Garage



| | |
|---|---|
| Section | : |
| Photo ID | : Image (18) |
| Photo # | : 18 |
| Date | : |
| Taken By | : |
| Comment | : |

Damage to roof flashing



| | |
|---|---|
| Section | : |
| Photo ID | : Image (19) |
| Photo # | : 19 |
| Date | : |
| Taken By | : |
| Comment | : |

Damage to roof shingles



| | |
|---|---|
| Section | : |
| Photo ID | : Image (20) |
| Photo # | : 20 |
| Date | : |
| Taken By | : |
| Comment | : |

Lifted shingles

SIMSOL®
PHOTO-1/6.3 (Note: Images have been downsampled to 640 x 480.)

page 5
APPENDIX 045

| INSURED | : Brent Coon | DATE OF REPORT | : 05/19/2021 |
|---------|--------------|----------------|--------------|
| LOCATION | : 7550 Shadow Creek Drive | DATE OF LOSS | : 08/27/2020 |
| | : Beaumont, TX 77707 | POLICY NUMBER | : |
| COMPANY | : | CLAIM NUMBER | : |
| | : | OUR FILE NUMBER | : LS21-0009 |
| | : | ADJUSTER NAME | : |



Section              :
Photo ID             : Image (21)
Photo #              : 21
Date                 :
Taken By             :
Comment              :
Damage to drywall at first floor ceiling



Section              :
Photo ID             : Image (22)
Photo #              : 22
Date                 :
Taken By             :
Comment              :
Damage to drywall at first floor ceiling



Section              :
Photo ID             : Image (23)
Photo #              : 23
Date                 :
Taken By             :
Comment              :
Damage to drywall at first floor ceiling



Section              :
Photo ID             : Image (24)
Photo #              : 24
Date                 :
Taken By             :
Comment              :
Damage to drywall at first floor ceiling

SIMSOL®
PHOTO-1/8.3 (Note: Images have been downsampled to 640 x 480.)

page 6
APPENDIX 046

| | |
|---|---|
| INSURED : Brent Coon | DATE OF REPORT : 05/19/2021 |
| LOCATION : 7550 Shadow Creek Drive | DATE OF LOSS : 08/27/2020 |
| : Beaumont, TX 77707 | POLICY NUMBER : |
| COMPANY : | CLAIM NUMBER : |
| : | OUR FILE NUMBER : LS21-0009 |
| : | ADJUSTER NAME : |



Section                :
Photo ID               : Image (25)
Photo #                : 25
Date                   :
Taken By               :
Comment                :
Drywall crack at first floor ceiling



Section                :
Photo ID               : Image (26)
Photo #                : 26
Date                   :
Taken By               :
Comment                :
Drywall crack at first floor ceiling



Section                :
Photo ID               : Image (27)
Photo #                : 27
Date                   :
Taken By               :
Comment                :
Overall view of second floor Game Room



Section                :
Photo ID               : Image (28)
Photo #                : 28
Date                   :
Taken By               :
Comment                :
Additional overall view of second floor Game Room

SIMSOL®
PHOTO-1/8.3 (Note: Images have been downsampled to 640 x 480.)

page 7

APPENDIX 047

| | |
|---|---|
| INSURED : Brent Coon | DATE OF REPORT : 05/19/2021 |
| LOCATION : 7550 Shadow Creek Drive | DATE OF LOSS : 08/27/2020 |
| : Beaumont, TX 77707 | POLICY NUMBER : |
| COMPANY : | CLAIM NUMBER : |
| : | OUR FILE NUMBER : LS21-0009 |
| : | ADJUSTER NAME : |



Section :
Photo ID : Image (29)
Photo # : 29
Date :
Taken By :
Comment :
Water damage at interior trim at arched window



Section :
Photo ID : Image (30)
Photo # : 30
Date :
Taken By :
Comment :
Water damage at drywall return to window



Section :
Photo ID : Image (31)
Photo # : 31
Date :
Taken By :
Comment :
Drywall damage at wall



Section :
Photo ID : Image (32)
Photo # : 32
Date :
Taken By :
Comment :
Drywall damage at wall

SIMSOL®
PHOTO-1/8.3 (Note: Images have been downsampled to 640 x 480.)

page 8
APPENDIX 048

| INSURED | : Brent Coon | DATE OF REPORT | : 05/19/2021 |
|---|---|---|---|
| LOCATION | : 7550 Shadow Creek Drive | DATE OF LOSS | : 08/27/2020 |
| | : Beaumont, TX 77707 | POLICY NUMBER | : |
| COMPANY | : | CLAIM NUMBER | : |
| | : | OUR FILE NUMBER | : LS21-0009 |
| | : | ADJUSTER NAME | : |



Section           :
Photo ID          : Image (33)
Photo #           : 33
Date              :
Taken By          :
Comment           :
Drywall damage at wall



Section           :
Photo ID          : Image (34)
Photo #           : 34
Date              :
Taken By          :
Comment           :
Water damage at walls of stairwell



Section           :
Photo ID          : Image (35)
Photo #           : 35
Date              :
Taken By          :
Comment           :
Overall view of front elevation of house



Section           :
Photo ID          : Image (36)
Photo #           : 36
Date              :
Taken By          :
Comment           :
Damage to roof flashing

SIMSOL®
PHOTO-1/8.3 (Note: Images have been downsampled to 640 x 480.)

page 9

APPENDIX 049

| INSURED | : Brent Coon | DATE OF REPORT | : 05/19/2021 |
|---|---|---|---|
| LOCATION | : 7550 Shadow Creek Drive | DATE OF LOSS | : 08/27/2020 |
| | : Beaumont, TX 77707 | POLICY NUMBER | : |
| COMPANY | : | CLAIM NUMBER | : |
| | : | OUR FILE NUMBER | : LS21-0009 |
| | : | ADJUSTER NAME | : |





| Section | : |
|---|---|
| Photo ID | : Image (37) |
| Photo # | : 37 |
| Date | : |
| Taken By | : |
| Comment | : |
| Damage to roof shingles | |

| Section | : |
|---|---|
| Photo ID | : Image (38) |
| Photo # | : 38 |
| Date | : |
| Taken By | : |
| Comment | : |
| Damage to roof shingles | |





| Section | : |
|---|---|
| Photo ID | : Image (39) |
| Photo # | : 39 |
| Date | : |
| Taken By | : |
| Comment | : |
| Damage to roof shingles | |

| Section | : |
|---|---|
| Photo ID | : Image (40) |
| Photo # | : 40 |
| Date | : |
| Taken By | : |
| Comment | : |
| Damage to roof shingles | |

SIMSOL®
PHOTO-1/8.3 (Note: Images have been downsampled to 640 x 480.)

page 10

APPENDIX 050

| INSURED | : Brent Coon | DATE OF REPORT | : 05/19/2021 |
|---|---|---|---|
| LOCATION | : 7550 Shadow Creek Drive | DATE OF LOSS | : 08/27/2020 |
| | : Beaumont, TX 77707 | POLICY NUMBER | : |
| COMPANY | : | CLAIM NUMBER | : |
| | : | OUR FILE NUMBER | : LS21-0009 |
| | : | ADJUSTER NAME | : |



| Section | : |
|---|---|
| Photo ID | : Image (41) |
| Photo # | : 41 |
| Date | : |
| Taken By | : |
| Comment | : |
| Damage to roof shingles | |



| Section | : |
|---|---|
| Photo ID | : Image (42) |
| Photo # | : 42 |
| Date | : |
| Taken By | : |
| Comment | : |
| Additional view of front elevation of house | |



| Section | : |
|---|---|
| Photo ID | : Image (43) |
| Photo # | : 43 |
| Date | : |
| Taken By | : |
| Comment | : |
| Damage to roof shingles | |



| Section | : |
|---|---|
| Photo ID | : Image (44) |
| Photo # | : 44 |
| Date | : |
| Taken By | : |
| Comment | : |
| Damage to roof shingles | |

SIMSOL®
PHOTO-1/8.3 (Note: Images have been downsampled to 640 x 480.)

page 11
APPENDIX 051

| INSURED | : Brent Coon | DATE OF REPORT | : 05/19/2021 |
|---|---|---|---|
| LOCATION | : 7550 Shadow Creek Drive | DATE OF LOSS | : 08/27/2020 |
| | : Beaumont, TX 77707 | POLICY NUMBER | : |
| COMPANY | : | CLAIM NUMBER | : |
| | : | OUR FILE NUMBER | : LS21-0009 |
| | : | ADJUSTER NAME | : |



| Section | : |
|---|---|
| Photo ID | : Image (45) |
| Photo # | : 45 |
| Date | : |
| Taken By | : |
| Comment | : |

Damage to roof shingles



| Section | : |
|---|---|
| Photo ID | : Image (46) |
| Photo # | : 46 |
| Date | : |
| Taken By | : |
| Comment | : |

Additional overall view of front elevation of house



| Section | : |
|---|---|
| Photo ID | : Image (47) |
| Photo # | : 47 |
| Date | : |
| Taken By | : |
| Comment | : |

Damage to ridge vent shingles



| Section | : |
|---|---|
| Photo ID | : Image (48) |
| Photo # | : 48 |
| Date | : |
| Taken By | : |
| Comment | : |

Damage to hip and ridge shingles

SIMSOL®
PHOTO-1/8.3 (Note: Images have been downsampled to 640 x 480.)

page 12
APPENDIX 052

| INSURED | : Brent Coon | DATE OF REPORT | : 05/19/2021 |
|---|---|---|---|
| LOCATION | : 7550 Shadow Creek Drive | DATE OF LOSS | : 08/27/2020 |
| | : Beaumont, TX 77707 | POLICY NUMBER | : |
| COMPANY | : | CLAIM NUMBER | : |
| | : | OUR FILE NUMBER | : LS21-0009 |
| | : | ADJUSTER NAME | : |



Section              :
Photo ID             : Image (49)
Photo #              : 49
Date                 :
Taken By             :
Comment              :
Lifted shingles



Section              :
Photo ID             : Image (50)
Photo #              : 50
Date                 :
Taken By             :
Comment              :
Lifted shingles



Section              :
Photo ID             : Image (51)
Photo #              : 51
Date                 :
Taken By             :
Comment              :
Damage to hip shingles



Section              :
Photo ID             : Image (52)
Photo #              : 52
Date                 :
Taken By             :
Comment              :
Damage to hip shingles

SIMSOL®
PHOTO-1/8.3 (Note: Images have been downsampled to 640 x 480.)

page 13
APPENDIX 053

| | | | |
|---|---|---|---|
| INSURED | : Brent Coon | DATE OF REPORT | : 05/19/2021 |
| LOCATION | : 7550 Shadow Creek Drive | DATE OF LOSS | : 08/27/2020 |
| | : Beaumont, TX 77707 | POLICY NUMBER | : |
| COMPANY | : | CLAIM NUMBER | : |
| | : | OUR FILE NUMBER | : LS21-0009 |
| | : | ADJUSTER NAME | : |



Section           :
Photo ID          : Image (53)
Photo #           : 53
Date              :
Taken By          :
Comment           :
Overall view of left elevation of house



Section           :
Photo ID          : Image (54)
Photo #           : 54
Date              :
Taken By          :
Comment           :
Damage to shingles



Section           :
Photo ID          : Image (55)
Photo #           : 55
Date              :
Taken By          :
Comment           :
Damage to shingles

Section           :
Photo ID          : Image (56)
Photo #           : 56
Date              :
Taken By          :
Comment           :
Damage to shingles

SIMSOL®
PHOTO-1/8.3 (Note: Images have been downsampled to 640 x 480.)

page 14
APPENDIX 054

| INSURED | : Brent Coon | DATE OF REPORT | : 05/19/2021 |
|---|---|---|---|
| LOCATION | : 7550 Shadow Creek Drive | DATE OF LOSS | : 08/27/2020 |
| | : Beaumont, TX 77707 | POLICY NUMBER | : |
| COMPANY | : | CLAIM NUMBER | : |
| | : | OUR FILE NUMBER | : LS21-0009 |
| | : | ADJUSTER NAME | : |



| Section | : |
|---|---|
| Photo ID | : Image (57) |
| Photo # | : 57 |
| Date | : |
| Taken By | : |
| Comment | : |

Damage to shingles



| Section | : |
|---|---|
| Photo ID | : Image (58) |
| Photo # | : 58 |
| Date | : |
| Taken By | : |
| Comment | : |

Damage to shingles



| Section | : |
|---|---|
| Photo ID | : Image (59) |
| Photo # | : 59 |
| Date | : |
| Taken By | : |
| Comment | : |

Overall view of rear elevation of house



| Section | : |
|---|---|
| Photo ID | : Image (60) |
| Photo # | : 60 |
| Date | : |
| Taken By | : |
| Comment | : |

Lifted shingles

SIMSOL®
PHOTO-1/8.3 (Note: Images have been downsampled to 640 x 480.)

page 15
APPENDIX 055

| INSURED | : Brent Coon | DATE OF REPORT | : 05/19/2021 |
|---|---|---|---|
| LOCATION | : 7550 Shadow Creek Drive | DATE OF LOSS | : 08/27/2020 |
| | : Beaumont, TX 77707 | POLICY NUMBER | : |
| COMPANY | : | CLAIM NUMBER | : |
| | : | OUR FILE NUMBER | : LS21-0009 |
| | : | ADJUSTER NAME | : |



| Section | : |
| Photo ID | : Image (61) |
| Photo # | : 61 |
| Date | : |
| Taken By | : |
| Comment | : |
| Lifted shingles | |

Section : 
Photo ID : Image (62)
Photo # : 62
Date : 
Taken By : 
Comment : 
Damage to roof shingles



| Section | : |
| Photo ID | : Image (63) |
| Photo # | : 63 |
| Date | : |
| Taken By | : |
| Comment | : |
| Damage to roof shingles | |



Section : 
Photo ID : Image (64)
Photo # : 64
Date : 
Taken By : 
Comment : 
Damage to roof shingles

SIMSOL®
PHOTO-1/8.3 (Note: Images have been downsampled to 640 x 480.)

page 16
APPENDIX 056

| | |
|---|---|
| INSURED : Brent Coon<br>LOCATION : 7550 Shadow Creek Drive<br>: Beaumont, TX 77707<br>COMPANY : | DATE OF REPORT : 05/19/2021<br>DATE OF LOSS : 08/27/2020<br>POLICY NUMBER :<br>CLAIM NUMBER :<br>OUR FILE NUMBER : LS21-0009<br>ADJUSTER NAME : |



Section :
Photo ID : Image (65)
Photo # : 65
Date :
Taken By :
Comment :
Damage to roof shingles



Section :
Photo ID : Image (66)
Photo # : 66
Date :
Taken By :
Comment :
Damage to ridge



Section :
Photo ID : Image (67)
Photo # : 67
Date :
Taken By :
Comment :
Overall view of right elevation of house



Section :
Photo ID : Image (68)
Photo # : 68
Date :
Taken By :
Comment :
Damage to roof shingles and ridge

SIMSOL®
PHOTO-1/8.3 (Note: Images have been downsampled to 640 x 480.)

page 17
APPENDIX 057

| | |
|---|---|
| INSURED : Brent Coon | DATE OF REPORT : 05/19/2021 |
| LOCATION : 7550 Shadow Creek Drive | DATE OF LOSS : 08/27/2020 |
| : Beaumont, TX 77707 | POLICY NUMBER : |
| COMPANY : | CLAIM NUMBER : |
| : | OUR FILE NUMBER : LS21-0009 |
| : | ADJUSTER NAME : |



Section           :
Photo ID          : Image (69)
Photo #           : 69
Date              :
Taken By          :
Comment           :
Overall view of Gazebo at pond



Section           :
Photo ID          : Image (70)
Photo #           : 70
Date              :
Taken By          :
Comment           :
Damage to roof shingles



Section           :
Photo ID          : Image (71)
Photo #           : 71
Date              :
Taken By          :
Comment           :
Damage to roof shingles



Section           :
Photo ID          : Image (72)
Photo #           : 72
Date              :
Taken By          :
Comment           :
Damage to hip shingles

SIMSOL®
PHOTO-1/8.3 (Note: Images have been downsampled to 640 x 480.)

page 18
APPENDIX 058

| INSURED | : Brent Coon | DATE OF REPORT | : 05/19/2021 |
|---|---|---|---|
| LOCATION | : 7550 Shadow Creek Drive | DATE OF LOSS | : 08/27/2020 |
| | : Beaumont, TX 77707 | POLICY NUMBER | : |
| COMPANY | : | CLAIM NUMBER | : |
| | : | OUR FILE NUMBER | : LS21-0009 |
| | : | ADJUSTER NAME | : |



| Section | : |
|---|---|
| Photo ID | : Image (73) |
| Photo # | : 73 |
| Date | : |
| Taken By | : |
| Comment | : |

Damage to roof shingles

| Section | : |
|---|---|
| Photo ID | : Image (74) |
| Photo # | : 74 |
| Date | : |
| Taken By | : |
| Comment | : |

Overall view of Bedroom 4





| Section | : |
|---|---|
| Photo ID | : Image (75) |
| Photo # | : 75 |
| Date | : |
| Taken By | : |
| Comment | : |

Overall view of Bath 2

| Section | : |
|---|---|
| Photo ID | : Image (76) |
| Photo # | : 76 |
| Date | : |
| Taken By | : |
| Comment | : |

Water damage at ceiling drywall

SIMSOL®
PHOTO-1/8.3 (Note: Images have been downsampled to 640 x 480.)

page 19
APPENDIX 059

| INSURED | : Brent Coon | DATE OF REPORT | : 05/19/2021 |
|---|---|---|---|
| LOCATION | : 7550 Shadow Creek Drive | DATE OF LOSS | : 08/27/2020 |
| | : Beaumont, TX 77707 | POLICY NUMBER | : |
| COMPANY | : | CLAIM NUMBER | : |
| | : | OUR FILE NUMBER | : LS21-0009 |
| | : | ADJUSTER NAME | : |



Section : 
Photo ID : Image (77)
Photo # : 77
Date : 
Taken By : 
Comment : 
Overall view of Hall First Floor



Section : 
Photo ID : Image (78)
Photo # : 78
Date : 
Taken By : 
Comment : 
Overall view of Piano Room



Section : 
Photo ID : Image (79)
Photo # : 79
Date : 
Taken By : 
Comment : 
Overall view of Living Room



Section : 
Photo ID : Image (80)
Photo # : 80
Date : 
Taken By : 
Comment : 
Water damage at ceiling drywall

SIMSOL®
PHOTO-1/8.3 (Note: Images have been downsampled to 640 x 480.)

page 20
APPENDIX 060

| | | |
|---|---|---|
| INSURED | : Brent Coon | |
| LOCATION | : 7550 Shadow Creek Drive | |
| | : Beaumont, TX 77707 | |
| COMPANY | : | |

| | |
|---|---|
| DATE OF REPORT | : 05/19/2021 |
| DATE OF LOSS | : 08/27/2020 |
| POLICY NUMBER | : |
| CLAIM NUMBER | : |
| OUR FILE NUMBER | : LS21-0009 |
| ADJUSTER NAME | : |



| | |
|---|---|
| Section | : |
| Photo ID | : Image (81) |
| Photo # | : 81 |
| Date | : |
| Taken By | : |
| Comment | : |
| Water damage at ceiling drywall | |



| | |
|---|---|
| Section | : |
| Photo ID | : Image (82) |
| Photo # | : 82 |
| Date | : |
| Taken By | : |
| Comment | : |
| Overall view Breakfast Room | |



| | |
|---|---|
| Section | : |
| Photo ID | : Image (83) |
| Photo # | : 83 |
| Date | : |
| Taken By | : |
| Comment | : |
| Water damage at ceiling drywall | |



| | |
|---|---|
| Section | : |
| Photo ID | : Image (84) |
| Photo # | : 84 |
| Date | : |
| Taken By | : |
| Comment | : |
| Water damage at ceiling drywall | |

SIMSOL®
PHOTO-1/8.3 (Note: Images have been downsampled to 640 x 480.)

page 21
APPENDIX 061

| | |
|---|---|
| INSURED : Brent Coon | DATE OF REPORT : 05/19/2021 |
| LOCATION : 7550 Shadow Creek Drive | DATE OF LOSS : 08/27/2020 |
| : Beaumont, TX 77707 | POLICY NUMBER : |
| COMPANY : | CLAIM NUMBER : |
| : | OUR FILE NUMBER : LS21-0009 |
| : | ADJUSTER NAME : |



Section :
Photo ID : Image (85)
Photo # : 85
Date :
Taken By :
Comment :
Water damage at ceiling drywall



Section :
Photo ID : Image (86)
Photo # : 86
Date :
Taken By :
Comment :
Overall view of Kitchen



Section :
Photo ID : Image (87)
Photo # : 87
Date :
Taken By :
Comment :
Overall view of Sitting Room



Section :
Photo ID : Image (88)
Photo # : 88
Date :
Taken By :
Comment :
Overall view of Utility Room

SIMSOL®
PHOTO-1/8.3 (Note: Images have been downsampled to 640 x 480.)

page 22
APPENDIX 062

| | |
|---|---|
| INSURED : Brent Coon | DATE OF REPORT : 05/19/2021 |
| LOCATION : 7550 Shadow Creek Drive | DATE OF LOSS : 08/27/2020 |
| : Beaumont, TX 77707 | POLICY NUMBER : |
| COMPANY : | CLAIM NUMBER : |
| : | OUR FILE NUMBER : LS21-0009 |
| : | ADJUSTER NAME : |



Section :
Photo ID : Image (89)
Photo # : 89
Date :
Taken By :
Comment :
Overall view of Entry



Section :
Photo ID : Image (90)
Photo # : 90
Date :
Taken By :
Comment :
Water damage at ceiling drywall



Section :
Photo ID : Image (91)
Photo # : 91
Date :
Taken By :
Comment :
Water damage at ceiling drywall



Section :
Photo ID : Image (92)
Photo # : 92
Date :
Taken By :
Comment :
Overall view of Office 1

SIMSOL®
PHOTO-1/8.3 (Note: Images have been downsampled to 640 x 480.)

page 23
APPENDIX 063

| | |
|---|---|
| INSURED : Brent Coon<br>LOCATION : 7550 Shadow Creek Drive<br>: Beaumont, TX 77707<br>COMPANY :<br>:<br>: | DATE OF REPORT : 05/19/2021<br>DATE OF LOSS : 08/27/2020<br>POLICY NUMBER :<br>CLAIM NUMBER :<br>OUR FILE NUMBER : LS21-0009<br>ADJUSTER NAME : |



Section :
Photo ID : Image (93)
Photo # : 93
Date :
Taken By :
Comment :
Water damage at ceiling drywall



Section :
Photo ID : Image (94)
Photo # : 94
Date :
Taken By :
Comment :
Overall view of Dining Room



Section :
Photo ID : Image (95)
Photo # : 95
Date :
Taken By :
Comment :
Water damage at ceiling drywall



Section :
Photo ID : Image (96)
Photo # : 96
Date :
Taken By :
Comment :
Overall view of 1/2 Bath

| INSURED | : Brent Coon | DATE OF REPORT | : 05/19/2021 |
|---|---|---|---|
| LOCATION | : 7550 Shadow Creek Drive | DATE OF LOSS | : 08/27/2020 |
| | : Beaumont, TX 77707 | POLICY NUMBER | : |
| COMPANY | : | CLAIM NUMBER | : |
| | : | OUR FILE NUMBER | : LS21-0009 |
| | : | ADJUSTER NAME | : |





| Section | : | Section | : |
|---|---|---|---|
| Photo ID | : Image (97) | Photo ID | : Image (98) |
| Photo # | : 97 | Photo # | : 98 |
| Date | : | Date | : |
| Taken By | : | Taken By | : |
| Comment | : | Comment | : |
| Overall view of Bath 3 | | Overall view of Den | |




| Section | : | Section | : |
|---|---|---|---|
| Photo ID | : Image (99) | Photo ID | : Image (100) |
| Photo # | : 99 | Photo # | : 100 |
| Date | : | Date | : |
| Taken By | : | Taken By | : |
| Comment | : | Comment | : |
| Water damage at drywall ceiling | | Water damage at drywall ceiling | |

SIMSOL®
PHOTO-1/8.3 (Note: Images have been downsampled to 640 x 480.)

page 25
APPENDIX 065

| INSURED | : Brent Coon | DATE OF REPORT | : 05/19/2021 |
|---|---|---|---|
| LOCATION | : 7550 Shadow Creek Drive | DATE OF LOSS | : 08/27/2020 |
| | : Beaumont, TX 77707 | POLICY NUMBER | : |
| COMPANY | : | CLAIM NUMBER | : |
| | : | OUR FILE NUMBER | : LS21-0009 |
| | : | ADJUSTER NAME | : |



Section         :
Photo ID        : Image (101)
Photo #         : 101
Date            :
Taken By        :
Comment         :
Water damage at drywall ceiling



Section         :
Photo ID        : Image (102)
Photo #         : 102
Date            :
Taken By        :
Comment         :
Water damage at drywall ceiling



Section         :
Photo ID        : Image (103)
Photo #         : 103
Date            :
Taken By        :
Comment         :
Overall view of stairwell



Section         :
Photo ID        : Image (104)
Photo #         : 104
Date            :
Taken By        :
Comment         :
Overall view of Entry stairway to second floor

INSURED       : Brent Coon
LOCATION      : 7550 Shadow Creek Drive
              : Beaumont, TX 77707
COMPANY       :
              :
              :
              :

DATE OF REPORT    : 05/19/2021
DATE OF LOSS      : 08/27/2020
POLICY NUMBER     :
CLAIM NUMBER      :
OUR FILE NUMBER   : LS21-0009
ADJUSTER NAME     :



Section       :
Photo ID      : Image (105)
Photo #       : 105
Date          :
Taken By      :
Comment       :
Water damage at drywall ceiling



Section       :
Photo ID      : Image (106)
Photo #       : 106
Date          :
Taken By      :
Comment       :
Water damage at drywall ceiling



Section       :
Photo ID      : Image (107)
Photo #       : 107
Date          :
Taken By      :
Comment       :
Overall view of additional Entry stairway to second floor



Section       :
Photo ID      : Image (108)
Photo #       : 108
Date          :
Taken By      :
Comment       :
Overall view of Bedroom 2

SIMSOL®
PHOTO-1/8.3 (Note: Images have been downsampled to 640 x 480.)
APPENDIX 067

| | |
|---|---|
| INSURED : Brent Coon | DATE OF REPORT : 05/19/2021 |
| LOCATION : 7550 Shadow Creek Drive | DATE OF LOSS : 08/27/2020 |
| : Beaumont, TX 77707 | POLICY NUMBER : |
| COMPANY : | CLAIM NUMBER : |
| : | OUR FILE NUMBER : LS21-0009 |
| : | ADJUSTER NAME : |



Section :
Photo ID : Image (109)
Photo # : 109
Date :
Taken By :
Comment :
Overall view of Bath 3



Section :
Photo ID : Image (110)
Photo # : 110
Date :
Taken By :
Comment :
Overall view of Hall Second Floor



Section :
Photo ID : Image (111)
Photo # : 111
Date :
Taken By :
Comment :
Overall view of Bedroom 3



Section :
Photo ID : Image (112)
Photo # : 112
Date :
Taken By :
Comment :
Water damage at drywall walls and celling

SIMSOL®
PHOTO-1/8.3 (Note: Images have been downsampled to 640 x 480.)

page 28
APPENDIX 068

| | |
|---|---|
| INSURED         : Brent Coon | DATE OF REPORT    : 05/19/2021 |
| LOCATION        : 7550 Shadow Creek Drive | DATE OF LOSS       : 08/27/2020 |
|                         : Beaumont, TX 77707 | POLICY NUMBER    : |
| COMPANY       : | CLAIM NUMBER     : |
|                         : | OUR FILE NUMBER : LS21-0009 |
|                         : | ADJUSTER NAME    : |



Section            :
Photo ID          : Image (113)
Photo #           : 113
Date               :
Taken By          :
Comment          :
Overall view of Sauna



Section            :
Photo ID          : Image (114)
Photo #           : 114
Date               :
Taken By          :
Comment          :
Additional overall view of Sauna



Section            :
Photo ID          : Image (115)
Photo #           : 115
Date               :
Taken By          :
Comment          :
Overall view of Balcony



Section            :
Photo ID          : Image (116)
Photo #           : 116
Date               :
Taken By          :
Comment          :
Water damage at drywall ceiling

SIMSOL®
PHOTO-1/8.3 (Note: Images have been downsampled to 640 x 480.)

page 29
APPENDIX 069

| | | | |
|---|---|---|---|
| INSURED | : Brent Coon | DATE OF REPORT | : 05/19/2021 |
| LOCATION | : 7550 Shadow Creek Drive | DATE OF LOSS | : 08/27/2020 |
| | : Beaumont, TX 77707 | POLICY NUMBER | : |
| COMPANY | : | CLAIM NUMBER | : |
| | : | OUR FILE NUMBER | : LS21-0009 |
| | : | ADJUSTER NAME | : |



Section              :
Photo ID             : Image (117)
Photo #              : 117
Date                 :
Taken By             :
Comment              :
Overall view of Roman's Bedroom



Section              :
Photo ID             : Image (118)
Photo #              : 118
Date                 :
Taken By             :
Comment              :
Overall view of Roman's Bath



Section              :
Photo ID             : Image (119)
Photo #              : 119
Date                 :
Taken By             :
Comment              :
Overall view of Office 2



Section              :
Photo ID             : Image (120)
Photo #              : 120
Date                 :
Taken By             :
Comment              :
Water damage at drywall ceiling

SIMSOL®
PHOTO-1/8.3 (Note: Images have been downsampled to 640 x 480.)

page 30
APPENDIX 070

| INSURED | : Brent Coon | DATE OF REPORT | : 05/19/2021 |
|---|---|---|---|
| LOCATION | : 7550 Shadow Creek Drive | DATE OF LOSS | : 08/27/2020 |
| | : Beaumont, TX 77707 | POLICY NUMBER | : |
| COMPANY | : | CLAIM NUMBER | : |
| | : | OUR FILE NUMBER | : LS21-0009 |
| | : | ADJUSTER NAME | : |



Section : 
Photo ID : Image (121)
Photo # : 121
Date : 
Taken By : 
Comment : 
Water damage at drywall walls



Section : 
Photo ID : Image (122)
Photo # : 122
Date : 
Taken By : 
Comment : 
Overall view of Bedroom 1



Section : 
Photo ID : Image (123)
Photo # : 123
Date : 
Taken By : 
Comment : 
Overall view of Bath 1



Section : 
Photo ID : Image (124)
Photo # : 124
Date : 
Taken By : 
Comment : 
Separation at crown mould

SIMSOL®
PHOTO-1/8.3 (Note: Images have been downsampled to 640 x 480.)

page 31
APPENDIX 071

| | | | |
|---|---|---|---|
| INSURED | : Brent Coon | DATE OF REPORT | : 05/19/2021 |
| LOCATION | : 7550 Shadow Creek Drive | DATE OF LOSS | : 08/27/2020 |
| | : Beaumont, TX 77707 | POLICY NUMBER | : |
| COMPANY | : | CLAIM NUMBER | : |
| | : | OUR FILE NUMBER | : LS21-0009 |
| | : | ADJUSTER NAME | : |



Section            :
Photo ID           : Image (125)
Photo #            : 125
Date               :
Taken By           :
Comment            :
Additional overall view of Bath 1



Section            :
Photo ID           : Image (126)
Photo #            : 126
Date               :
Taken By           :
Comment            :
Separation at crown mould

SIMSOL®
PHOTO-1/8.3 (Note: Images have been downsampled to 640 x 480.)

page 32
APPENDIX 072



APPENDIX 074



SECOND FLOOR

LS21-0009
BRENT COON
7550 SHADOW CREEK DRIVE
BEAUMONT, TX 77707
NOT TO SCALE

APPENDIX 075



GARAGE - SECOND FLOOR



GARAGE - FIRST FLOOR

LS20-0009
BRENT COON
7550 SHADOW CREEK DRIVE
BEAUMONT, TX 77707
NOT TO SCALE

**Jefferson County**
**District Clerk's Office**
1085 Pearl Street
Room 203
Beaumont, TX 77701
409-835-8580
Fax 409-835-8527



**Family Law Division**
409-835-8653

**Child Support**
P. O. Box 3586
Beaumont, TX 77704
409-835-8425

**JAMIE SMITH**
**District Clerk**

April 23, 2015

In 2015 the Jefferson County District Clerks office filed a Declaration of Compliance with the Texas State Library and Archives Commission.

As records management officer for the local government or elective county office named, I hereby declare, that in lieu of filing records control schedules, we have adopted records control schedules that comply with minimum requirements established on records retention schedules issued by the Texas State Library and Archives Commission for use in our records management program. In doing so, I also certify that the administrative rules for electronic records, adopted by the commission under Local Government Code 205.003(a) will be followed for records subject to the rules.

A copy of the accepted Declaration of compliance is attached.

Jamie Smith

APPENDIX 076

*Original*

# Declaration of Compliance
### with the Records Scheduling Requirement of the Local Government Records Act
*Submitted pursuant to Local Government Code §203.041(a)(2)*

**Texas State Library and Archives Commission**

## Section 1  SUBMISSION OF DATA
1. Government: Jefferson County
2. Address: 1085 Pearl Street Rm #203
   City: Beaumont    ZIP code: 77701
3. Telephone: 409-835-8513  4. Email (optional): jsmith@co.jefferson.tx.us

## Section 2  LOCAL GOVERNMENT CERTIFICATION

As records management officer for the local government or elective county office named, I hereby declare, that in lieu of filing records control schedules, we have adopted records control schedules that comply with minimum requirements established on records retention schedules issued by the Texas State Library and Archives Commission (as checked below) for use in our records management program. In doing so, I also certify that the administrative rules for electronic records, adopted by the commission under Local Government Code §205.003(a) will be followed for records subject to the rules. I understand that:

- the validity of this declaration is contingent on its acceptance for filing by the commission;
- if we have previously filed documentation with the commission in which we declared our intent to retain all records permanently, we must attach amended documentation to this declaration before it can be accepted for filing;
- the records retention schedules adopted by this declaration may be amended by filing for approval a supplemental Records Control Schedule Amendment (SLR 520) on which are listed proposed retention periods for records that do not appear on schedules issued by the commission (as checked below);
- if a supplemental Records Control Schedule Amendment is not filed, we must file a Request for Authorization to Destroy Unscheduled Records (SLR 501) in order to destroy records that do not appear on schedules issued by the commission (as checked below); and
- the commission will provide us with access to subsequent editions of any schedules issued by the commission.

1. I hereby declare that our records control schedules will comply with the following schedules issued by the commission:

- [ ] Schedule CC (Records of County Clerks)
- [x] Schedule DC (Records of District Clerks)
- [ ] Schedule EL (Records of Elections and Voter Registration)
- [x] Schedule GR (Records Common to All Governments)
- [ ] Schedule HR (Records of Public Health Agencies)
- [ ] Schedule JC (Records of Public Junior Colleges)
- [ ] Schedule LC (Records of Justice and Municipal Courts)
- [ ] Schedule PS (Records of Public Safety Agencies)
- [ ] Schedule PW (Records of Public Works and Services)
- [ ] Schedule SD (Records of Public School Districts)
- [ ] Schedule TX (Records of Property Taxation)
- [ ] Schedule UT (Records of Utility Services)

2. *If any records control schedules or amendments have been filed with the commission, I also hereby declare that those schedules or amendments:*

- [x] are superseded by this declaration.
- [ ] are not superseded by this declaration. I understand that, in the event of a conflict between the previously filed records control schedules or amendments and the schedules adopted by this declaration, the longer retention period shall apply.

Name and Title: Jamie Smith  Jefferson County District Clerk

Signature: Jamie Smith    Date: 1/27/2015

## Section 3  TEXAS STATE LIBRARY ACCEPTANCE (to be completed by Texas State Library)

This Declaration of Compliance has been accepted for filing pursuant to Local Government Code §203.043(a). A record appearing on a schedule issued by the commission (as checked above) may be disposed of at the expiration of its retention period without additional notice to the Director and Librarian, subject to the provisions of Local Government Code §203.041(d).

Name and Title: SARAH JACOBSON – MANAGER, RECORDS MGMT. ASSISTANCE

Signature: X    Date: 02/23/15

Texas State Library and Archives Commission
State and Local Records Management Division
Box 12927
Austin, Texas 78711-2927
512-463-7610
512-936-2306 FAX
SLR 508 (5/12)

123 05 000 45

RECEIPT FOR: FEES                        E-FILING

Cause No: E-0210945        Date: 12/29/22      Receipt No:  572028
  Style:  BRENT W COON
      vs QBE SPECIALTY INSURANCE COMPANY, ET AL

  Paid By: NEWELL, ERIC                                P
  Amt Paid:      24.00 EFILE71335278      Bal Due:


                 JAMIE SMITH, CLERK DISTRICT COURTS
                    Jefferson County, Texas

                          By:  _____
_____      ODBC            Deputy