IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| BRENT W. COON, | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:23-CV-00050 |
| | § | JUDGE MICHAEL J. TRUNCALE |
| QBE SPECIALTY INSURANCE | § | |
| COMPANY, QBE HOLDINGS, INC., | § | |
| AND ORCHID UNDERWRITERS | § | |
| AGENCY, LLC, | § | |
| | § | |
| *Defendants* | § | |

## ORDER DISMISSING CLAIMS WITH PREJUDICE

Before the Court is the Parties' Joint Stipulation of Voluntary Dismissal with Prejudice. [Dkt. 14]. The Parties request that all claims against Defendant Orchid Underwriters Agency, LLC be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

It is therefore **ORDERED** that Plaintiff's claims against Defendant Orchid Underwriters Agency, LLC are **DISMISSED WITH PREJUDICE**, and that with respect to those claims only, the Parties shall bear their own attorney's fees and costs.

It is further **ORDERED** that Defendant Orchid Underwriters Agency, LLC's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) [Dkt. 11] is hereby **DENIED AS MOOT**.

SIGNED this 27th day of February, 2023.

Michael J. Truncale
United States District Judge