IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| BRENT W. COON, | § § § § | |
| *Plaintiff* | § § | |
| VS. | § § | CIVIL ACTION NO. 1:23-CV-00050 |
| QBE SPECIALTY INSURANCE COMPANY AND QBE HOLDINGS, INC., | § § § § § | JUDGE MICHAEL J. TRUNCALE |
| *Defendants* | § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Joint Stipulation of Voluntary Dismissal with Prejudice. [Dkt. 22]. The Parties seek a dismissal with prejudice as to all remaining claims asserted herein pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, with each Party bearing its own attorney's fees and costs.

It is further **ORDERED** that all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 3rd day of May, 2023.**

Michael J. Truncale
United States District Judge